**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Deepa Krishnan (Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff
SECOND IMAGE, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECOND IMAGE, INC.**, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> **RONSIN PHOTOCOPY, Inc.**, a California Corporation; **CHRISTINA SANCHEZ**, an individual; and **DOES 1-10**, <br><br> Defendants. | Case No. <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
2  than the named parties, there is no such interest to report.
3
4
5  DATED: October 11, 2007      KRONENBERGER BURGOYNE, LLP
6
7
                                By: _____
8                                   Henry M. Burgoyne, III
                                    Attorneys for Plaintiff Second Image, Inc.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com