**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Deepa Krishnan (Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff
SECOND IMAGE, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECOND IMAGE, INC.**, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**RONSIN PHOTOCOPY, Inc.**, a California Corporation; **CHRISTINA SANCHEZ**, an individual; and **DOES 1-10**,<br><br>Defendants. | Case No. C-075242 PJH<br><br>**DECLARATION OF KARL S. KRONENBERGER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT RONSIN PHOTOCOPY, INC.'S MOTION TO DISMISS**<br><br>Date: December 19, 2007<br>Time: 9:00 a.m.<br>Dept.: 3<br><br>**The Honorable Phyllis J. Hamilton** |

I, Karl S. Kronenberger, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am a partner at the law firm of Kronenberger Burgoyne, LLP, counsel of record for Plaintiff Second Image, Inc. ("Second Image"). Except as otherwise stated, I have personal knowledge of the facts contained herein.

2. On or about November 6, 2007, I received a call from Joe Tancredy of Travelers Indemnity Company of Connecticut ("Travelers"). During that call, Mr.

1. Tancredy informed me that Travelers would be responding to Second Image's complaint on behalf of Defendant Christina Sanchez.

3. On or about November 26, 2007, my assistant, on my behalf, accessed www.yellowpages.com, and identified several addresses for Defendant Ronsin Photocopy, Inc. ("Ronsin") in California, including in Hayward and Sacramento. At or around that time, my assistant also performed an Internet search for "Ronsin Photocopy" and retrieved a job description posted on the "S.F. Bayarea Craigslist" for a "Field Rep" position. True and correct printouts of relevant pages from the www.yellowpages.com and www.craigstlist.org websites are attached hereto as Exhibit "A".

4. On or about November 26, 2007, my assistant accessed the website for Ronsin, www.ronsinphotocopy.com, on my behalf. True and correct copies of printouts from the website are attached hereto as Exhibit "B".

5. On its website, Ronsin represents that it "merg[ed] with an existing company." Upon information and belief, the company with which Ronsin merged is Rapid Legal, as a link on Ronsin's website for "Ronsin Legal" redirects the user to Rapid Legal's website, www.rapidlegal.com. Rapid Legal's website states that it has branch locations offices in various locations throughout California, including in Hayward, San Francisco, San Jose, and Sacramento.

6. On or about November 27, 2007, my paralegal obtained a Dun & Bradstreet, Inc. Comprehensive Report on Ronsin Photocopy, Inc. (the "Dun & Bradstreet Report") on my behalf. A true and correct copy of the Dun & Bradstreet Report is attached hereto as Exhibit "C".

7. On or about November 28, 2007, my assistant, on my behalf, spoke with a representative of the indexing department of the Alameda County Clerk-Reporter's Office regarding two bond reports. True and correct copies of the bond reports are attached hereto as Exhibit "D". The representative informed him that the bond reports concerned Ronsin's status as a Registered Professional Photocopier in Alameda County, California.

I declare under penalty of perjury under the laws of the United States that the

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

Case No. C-075242 PJH

KRONENBERGER DECL. IN SUP. OF
PLAINTIFF'S OPP. TO MTN TO DISMISS

1  foregoing is true and correct and that this Declaration was executed this 28th day of
2  November, 2007, at San Francisco, CA.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　Karl S. Kronenberger

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

Case No. C-075242 PJH

KRONENBERGER DECL. IN SUP. OF
PLAINTIFF'S OPP. TO MTN TO DISMISS