s.f. bayarea craigslist > san francisco > transport jobs          email this posting to a friend

Avoid scams and fraud by dealing locally! Beware any deal involving Western Union, Moneygram, wire transfer, cashier check, money order, shipping, escrow, or any promise of transaction protection/certification/guarantee. More info

please flag with care:

miscategorized

prohibited

spam/overpost

best of craigslist

# Field Rep / Deliver and Copy Legal and Medical Records

Reply to: dthomas@ronsin.com
Date: 2007-11-02, 10:29AM PDT

Ronsin Photocopy is a statewide record retrieval company that has been in business since 1976. We work with law offices and insurance companies throughout California to obtain business and medical records to prepare our clients for litigation. Ronsin Photocopy is looking to hire a field representative for the Peninsula and San Francisco area. We are looking for an independent and self-motivated individual who lives in or near the city and is looking for an opportunity to grow with an established and expanding company.

Requirements for this position include a clean DMV record and reliable transportation (vehicle with commercial plates is preferred but not necessary). Must be able to pass a drug screen and physical exam as we require you to lift our portable copy machines which weigh approximately 35-40 pounds. It is very important that you are a reliable individual who can be counted on to show up daily and produce at a high level. Any knowledge of the Bay Area is a bonus, but not required.

A field representative's daily job duties include routing work orders, and copying legal documents throughout the Bay Area (primarily the city and peninsula) with our portable copy machines. You will be required to start and end your day in our Hayward office during the initial training period. Upon completion of training and after a mutual comfort level of the position has been established, the potential to work from your own home is a possibility down the road. Our work week consists of Monday through Friday 7:30-3:30 with the potential of overtime as the workload permits. We do not work weekends.

The benefits for working with Ronsin Photocopy include starting pay of $13.50/hr and up, depending on experience. We also compensate the use and maintenance of your own vehicle with a mileage reimbursement plan. Our current reimbursement is $.40/mile. We offer medical and dental benefits with a 401k option, as well. In addition, we offer vacation and sick pay.

If this position interests you please respond by fax or e-mail to:
Fax: 510) 785-7672
E-mail: dthomas@ronsin.com
You may also leave a voice message at 800) 331-0006 ext.307

- Compensation: $13.50 and up, plus mileage reimbursement

- Principals only. Recruiters, please don't contact this job poster.
- Please, no phone calls about this job!
- Please do not contact job poster about other services, products or commercial interests.

PostingID: 466929790

Copyright © 2007 craigslist, inc.    terms of use    privacy policy    feedback forum

# YELLOWPAGES.COM



Home > Hayward > Name Search - ronsin photocopy > More Info - Ronsin Photocopy

E-mail this page

**Ronsin Photocopy**
26250 Industrial Blvd Ste 104
Hayward, CA 94545  Map

(510) 785-7672

★★★★★ Review This Business!
Rate it | Read Reviews

**MAPS & DIRECTIONS:**

More Options

Start Address:
Enter Start Address

TO

End Address:
26250 Industrial Blvd Ste 104, Hayward,

GET DIRECTIONS   Reverse Directions



Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

Part of the new at&t

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.

Some data provided by Amacai and Acxiom.

**BROWSE STATES**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Alabama | Colorado | Hawaii | Kansas | Massachusetts | Montana | New Mexico | Oklahoma | South Dakota | Virginia |
| Alaska | Connecticut | Idaho | Kentucky | Michigan | Nebraska | New York | Oregon | Tennessee | Washington |
| Arizona | Delaware | Illinois | Louisiana | Minnesota | Nevada | North Carolina | Pennsylvania | Texas | West Virginia |
| Arkansas | Florida | Indiana | Maine | Mississippi | New Hampshire | North Dakota | Rhode Island | Utah | Wisconsin |
| California | Georgia | Iowa | Maryland | Missouri | New Jersey | Ohio | South Carolina | Vermont | Wyoming |

# YELLOWPAGES.COM

Home > Sacramento > Name Search - ronsin photocopy > More Info - Ronsin Photocopy

E-mail this page

**Ronsin Photocopy**
2701 Cottage Way Ste 26
Sacramento, CA 95825  Map
(916) 486-1477

Review This Business!
Rate it | Read Reviews
More Options

**MAPS & DIRECTIONS:**

Start Address: Enter Start Address
TO
End Address: 2701 Cottage Way Ste 26, Sacramento,

GET DIRECTIONS  Reverse Directions



© 2007 Microsoft Corporation  © 2006 NAVTEQ AND

Disclaimer: These maps and directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. YELLOWPAGES.COM and its suppliers assume no responsibility for any loss or delay resulting from such use.

Part of the new at&t

© 2007 YELLOWPAGES.COM LLC. All rights reserved.
© 2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.
Some data provided by Amacai and Acxiom.

BROWSE STATES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Alabama | Colorado | Hawaii | Kansas | Massachusetts | Montana | New Mexico | Oklahoma | South Dakota | Virginia |
| Alaska | Connecticut | Idaho | Kentucky | Michigan | Nebraska | New York | Oregon | Tennessee | Washington |
| Arizona | Delaware | Illinois | Louisiana | Minnesota | Nevada | North Carolina | Pennsylvania | Texas | West Virginia |
| Arkansas | Florida | Indiana | Maine | Mississippi | New Hampshire | North Dakota | Rhode Island | Utah | Wisconsin |
| California | Georgia | Iowa | Maryland | Missouri | New Jersey | Ohio | South Carolina | Vermont | Wyoming |