

Paula at ext. 227 provides phenomenal customer service.
S.B - Manning, Marder, Kass, Ellrod, Ramirez, LLP

More>

Contact Us   Site Map

Home   About Us   Services   Forms   Resources

- Record Retrieval
- Online Features
- Imaging Benefits
- Attorney Services

**Registration**

**Customer Login**

For non-registered clients

**Order Records**

# Ronsin Photocopy

*Your Legal Services Partner*



Ronsin- Your Legal Services Partner

Ronsin Photocopy is a multidimensional litigation support services company. We began in 1976 as a local **record retrieval** service operating on behalf of the insurance industry. Since then, we have expanded our services to include not only document reproduction, but a full line of statewide **Attorney Services** and **Document Imaging**. Through years of hard work, excellent customer service and professional results, Ronsin has experienced tremendous growth. Our success became evident when we offered our services statewide. Our first office in Northern California was opened in 1994 and Ronsin now has more than a dozen offices throughout California; as far north as **Chico** and as far south as **San Diego**.

By utilizing the skills and knowledge of a management team that averages 17 years of service at Ronsin, we can reproduce the finest quality documents in record time.

We believe you will be pleased with the array of services offered by Ronsin...

**YOUR LEGAL SERVICES PARTNER**

Corporate Home | Photocopy Home | About Us | Services | Registration
Place Order | Customer Login | Testimonials | Contact Us | Site Map | Disclaimer

Copyright© 2003-04 by Ronsin Photocopy, All Rights Reserved
Web Site by Regency Web Services, Inc.

## Ronsin Photocopy, Inc.

Ronsin Photocopy has been in business for over 20 years and is one of the largest legal support service companies in California. We currently have 125 employees with twelve offices throughout the state. Our existing offices are located in Oakland, Sacramento, Vallejo, Ventura, Santa Monica, Granada Hills, Encino, Alhambra, Santa Ana, Riverside, San Diego and Walnut California.

### SUBPOENA PREPARATION AND SERVICE

- Civil (Trial, Personal Appearance, Records Only)
- Federal
- Arbitration
- Workers Compensation

### ON-SITE MICROFILMING

- Litigation Support
- Large On-Site Production Jobs

### DOCUMENT REPRODUCTION

- Medical, Business, Insurance and School Records
- X-ray Duplication both on and off-site
- Audio and Video Duplication
- Photos and Slides - Negatives, Prints and Enlarged Exhibits
- Xeromammograms
- Dental Study Models

### SCANNING FOR LITIGATION SUPPORT

- Scanning of Documents using "inVzn" Intercept Imaging Software
- Encrypted coding audit trail on every image
- Transfer of images to CD

- "inVzn" gives users the ability to effectively use documents from discovery, through trial preparation, and in the courtroom.

- Multi-media Courtroom Presentation including displaying documents, photographs, computer graphics and animation instantly in the courtroom.

- Full-Motion-Video from either CD ROM or VHS tape player

## Workers Compensation Request Form

[ HOME | MICRO-50 | PHOTOCOPY | ATTORNEY SERVICE ]]

Ronsin Photocopy, Inc.
215 S. Lemon Creek Drive,
Walnut, California 91789
Phone: (909) 594-5995 • Fax: (909) 598-2308
E-mail: Ronsin2@aol.com





Ronsin is the best subpoena service I've used since being in the legal field.
S.M.S - Manning, Marder, Kass, Ellrod, Ramirez, LLP

More>

Contact Us  Site Map

Subpoena Services for Records, Depositions & Trial

Home □   About Us □   Services □   Forms □   Resources □

- Record Retrieval
- Online Features
- Imaging Benefits
- Attorney Services

**Registration**
**Customer Login**

For non-registered clients
**Order Records**

## Attorney Services

While Ronsin has predominantly been referred to as a document reproduction service, in 1994 we expanded our business to include the full array of services traditionally offered by a local attorney service. By merging with an existing company, we were able to capitalize on the ability and understanding of managers and employees who know how to provide quality service in their respective field.



Attorney Support Services

Our attorney service company has over 20 years of experience in the legal support industry. The **Process Serving** division knows how to do the job right and can deliver anywhere in California. We can provide you with comprehensive **Court research**, with access to over 150 courts in all 58 counties. Additionally, we appreciate the opportunity to provide you with the following benefits:

- Court Filings
- On-Line Services, Including a Full AP system
- Statewide Services
- Immediate Web Updating
- Flat Rate Pricing

We are committed to providing the best process and court service available in the industry today. We do this by providing rapid turn-around time, the highest quality and clear communication.

**RONSIN LEGAL** – California's most reliable provider of attorney support services!
Click here to go to www.ronsinlegal.com

Corporate Home | Photocopy Home | About Us | Services | Registration
Place Order | Customer Login | Testimonials | Contact Us | Site Map | Disclaimer

Copyright© 2003 by Ronsin Photocopy, All Rights Reserved
Web Site by Regency Web Services, Inc.