Westlaw.

COPYRIGHT 2007 DUN & BRADSTREET INC.

COMPREHENSIVE REPORT

```
DUNS: 09-643-0863
RONSIN PHOTOCOPY INC


215 S LEMON CREEK DRIVE                 FINANCIAL STRESS CLASS: 1
AND BRANCH(ES) OR DIVISION(S)           CREDIT SCORE CLASS:     2
WALNUT CA 91789
TEL: 909 594-5995                                   KEY
                                        ==============================
                                        LOWEST RISK      HIGHEST RISK
                                          1    2    3    4    5
SIC:           73 89
LINE OF BUSINESS: MICRO-FILM SERVICE
YEAR STARTED:        1976
CONTROL DATE:        1976                 DATE PRINTED: NOV 27 2007

CHIEF EXECUTIVE: DENNIS GRANT, PRES
```

===============================================================================
EXECUTIVE SUMMARY

- The Financial Stress Class of 1 for this company shows that firms with this
  classification had a failure rate of 1.2% (120 per 10,000), which is
  lower than the average of businesses in D&B's database.
- The Credit Score Class of 2 for this company shows that 4.6% of firms with
  this classification paid one or more bills severely delinquent, which is
  lower than the average of businesses in D&B's database.
- Subject company pays its bills within terms.
- Subject company's industry pays its bills an average 8 days beyond terms.
- Subject company pays its bills more promptly than the average for its
  industry.
- Under present management control 31 years.
- No record of open Suit(s), Lien(s), or Judgment(s) in the D&B database.
- History is clear.


===============================================================================
CREDIT CAPACITY SUMMARY

```
D&B Rating:      1R2           Payment Activity
                                 (based on 17 experiences):
                                 Average High Credit:      $1,430
# of Employees                   Highest Credit:           $7,500
Total:           100             Total Highest Credits:   $21,450
                 (60 Here)

Worth:             -
```

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Exh. C

```
Working Capital:          -
```

===========================================================================
FINANCIAL STRESS SUMMARY

The Financial Stress Model predicts the likelihood of a firm ceasing business without paying all creditors in full, or reorganizing or obtaining relief from creditors under state/federal law over the next 12 months. Scores were calculated using a statistically valid model derived from D&B's extensive data files.

```
Financial Stress Class:                                 1
(Highest Risk: 5; Lowest Risk: 1)

Incidence of Financial Stress Among
Businesses with this Class:                             1.20% (120 per 10,000)

Incidence of Financial Stress:                          2.60% (260 per 10,000)
- Average of businesses in D&B's database

Financial Stress National Percentile:                   100
(Highest Risk: 1; Lowest Risk: 100)

Financial Stress Score:                                 1566
(Highest Risk: 1,001; Lowest Risk: 1,875)
```

The Financial Stress Score of this business is based on the following factors:

There are no Financial Stress comments for this case.

  Notes:

- The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification.  It does not mean the firm will necessarily experience financial stress.

- The Incidence of Financial Stress shows the percentage of firms in a given Class that discontinued operations with loss to creditors. The average Incidence of Financial Stress is based on businesses in D&B's database and is provided for comparative purposes.

- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&B's file.

- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile.  It is especially helpful to customers using a scorecard approach to determining overall business performance.

- All Financial Stress Class, Percentile, Score and Incidence

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

statistics are based on 2004.

===============================================================================
FINANCIAL STRESS NORMS

|  | National Percentile |
|---|---|
| Norms for Companies in the Same ... | |
| - Region   (PACIFIC) | 50 |
| - Industry: BUSINESS, LEGAL AND ENGINEERING SERVICES | 52 |
| - Employee Range (100-499) | 99 |
| - Years in Business Range (26+) | 74 |
| - Subject Company | 100 |

Key Comparisons
The subject company has a Financial Stress Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Lower risk than other companies with a comparable number of years in business.

===============================================================================
CREDIT SCORE SUMMARY

The Credit Score Class predicts the likelihood of a firm paying in a severely delinquent manner (90+ Days Past Terms) over the next twelve months.  It was calculated using statistically valid models and the most recent payment information in D&B's files.

| | |
|---|---|
| Credit Score Class: | 2 |
| Incidence of Delinquent Payment Among Companies with this Class: | 4.60% |
| Incidence of Delinquent Payment: | 20.10% |
| - Average compared to businesses in D&B's database | |
| Percentile: | 80 |
| Credit Score: | 513 |

The Credit Score of this business is based on the following factors:

- No record of open lien(s), or judgment(s) in the D&B files.
- Business does not own facilities.

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

Notes:

- The Credit Score Class indicates that this firm shares some of the same business and payment characteristics of other companies with this classification. It does not mean the firm will necessarily experience delinquency.

- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.

- The Delinquency Rate is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.

- The Percentile ranks this firm relative to other businesses. For example, a firm in the 80th percentile has a lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&B's files.

- The Credit Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.

- All Credit Class, Percentile, Score and Incidence statistics are based on sample data from 2004.

===============================================================================
CREDIT SCORE NORMS

| Norms for Companies in the Same ... | National Percentile |
|---|---|
| - Region   (PACIFIC) | 52 |
| - Industry: BUSINESS, LEGAL AND ENGINEERING SERVICES | 49 |
| - Employee Range (100-499) | 75 |
| - Years in Business Range (26+) | 79 |
| - Subject Company | 80 |

Key Comparisons
The subject company has a Credit Score Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Lower risk than other companies with a comparable number of years in business.

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

```
================================================================================
```
PAYMENT TRENDS

PAYDEX scores below are based on dollar weighted trade in most recent 12 mos.

| | '05 DEC | '06 MAR | '06 JUN | '06 SEP | '06 DEC | '07 JAN | '07 FEB | '07 MAR | '07 APR | '07 MAY | '07 JUN | '07 JUL | '07 AUG | '07 SEP | '07 OCT | '07 NOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRM | 78 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| Industry Quartiles | | | | | | | | | | | | | | | | |
| Upper | | 79 | 79 | 79 | 79 | 79 | | | 79 | | | 79 | | | 79 | |
| Median | | 74 | 75 | 75 | 75 | 75 | | | 75 | | | 75 | | | 75 | |
| Lower | | 67 | 68 | 68 | 68 | 68 | | | 68 | | | 68 | | | 68 | |

Industry PAYDEX based on:           KEY TO PAYDEX SCORES:
  SIC:   73XX                         80      Within terms
  10,878 Firms                        75      8 Days Beyond Terms
                                      67      18 Days Beyond Terms

```
================================================================================
```
SUMMARY OF PAYMENT HABITS

Dollar Range Comparisons:

| Suppliers That Extend Credit of... | Number of Experiences: # | Total Amount $ | % of Dollars Within Terms % |
|---|---|---|---|
| OVER $100,000 | 0 | 0 | 0 |
| $50,000 - 99,999 | 0 | 0 | 0 |
| $15,000 - 49,999 | 0 | 0 | 0 |
| $ 5,000 - 14,999 | 2 | 12,500 | 100 |
| $ 1,000 - 4,999 | 4 | 5,500 | 100 |
| Under 1,000 | 9 | 3,450 | 99 |

```
================================================================================
```
PAYMENT ANALYSIS BY INDUSTRY

There are 17 payment experiences in D&B's file for the most recent 12 months, with 7 experiences reported during the last three month period.

| Total Recd # | Dollar Amount $ | Highest Credit $ | Within Terms | Slow 1-30 | Slow 31-60 | Slow 61-90 | Slow 91+ |
|---|---|---|---|---|---|---|---|
| | | | --- % of dollar amount --- | | | | |

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

```
Total in D&B's File        17        21,450        7,500

Industry

Misc business service      2        10,000        7,500   100    0    0    0    0    0
Mfg photograph equip       2         5,750        5,000   100    0    0    0    0    0
Whol office supplies       2         1,500        1,000   100    0    0    0    0    0
Misc publishing            2             0            0     0    0    0    0    0    0
Gas service station        1         1,000        1,000   100    0    0    0    0    0
Whol service paper         1         1,000        1,000   100    0    0    0    0    0
Misc general gov't         1           750          750   100    0    0    0    0    0
Whol industrial equip      1           500          500   100    0    0    0    0    0
Whol office equipment      1           500          500   100    0    0    0    0    0
Radiotelephone commun      1           250          250   100    0    0    0    0    0
Nonclassified              1           100          100   100    0    0    0    0    0
Fire/casualty insur.       1            50           50   100    0    0    0    0    0
Electric services          1            50           50     0  100    0    0    0    0

OTHER PAYMENT CATEGORIES:
Cash Experiences           0             0
Paying Record Unknown      0             0
Unfavorable Comments       0             0
Placed for Collection
   with D&B                0             0
   other                   0           N/A
```

Indications of slowness can be the result of disputes over merchandise, skipped invoices, etc.

============================================================================
PUBLIC FILINGS SUMMARY

The following data includes both open and closed filings found in D&B's database on the subject company.

```
                                            Most Recent
     Record Type               #           Filing Date

  Bankruptcy Proceedings       0                -
  Judgments                    0                -
  Liens                        0                -
  Suits                        0                -
  UCC's                        0                -
```

============================================================================
BUSINESS BACKGROUND

                              HISTORY
         ------------------------------------------------------
         CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY
         OF STATE OR OTHER OFFICIAL SOURCE AS OF 11/09/2007:

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

```
           This data is for informational purposes only, certification can only
           be obtained through the Sacramento Office of the California Secretary
           of State.

           BUSINESS TYPE: LIMITED LIABILITY    STATE OF INCORP:   CALIFORNIA
                          COMPANY
           ------------------------------------------------------------------
09/28/07
           DENNIS GRANT, PRES                  ROBERT ALKEMA, CHB
           CHERYL ALKEMA, SEC-TREAS
           DIRECTOR(S):   THE OFFICER(S)

              Business started 1976 by Cheryl and Robert Alkema.  Relocated
           1979 from La Puente CA.  100% of capital stock is owned by the
           officers.
              DENNIS GRANT born 1950.  1971-77 employed at Ernst & Ernst, Los
           Angeles, CA.  1978-93 employed at Weil & Co, partner, Santa Monica,
           CA.  Sold interest with no outstanding debt.  1993-present active
           here.
              ROBERT ALKEMA born 1936.  1976-present active here.  1957-1978 a
           deputy for Los Angeles County Sheriff's Department, Los Angeles, CA.
              CHERYL ALKEMA born 1939.  1976-present active here.  1968-1976
           active as a homemaker.

                                        OPERATIONS

09/28/07      Micro-film service specializing in photocopy of records for
           litigation (100%).
              Terms are net 30 days.  Has 800 account(s).  Sells to insurance
           industry and law firms.  Territory : Southern California.
           Nonseasonal.
              EMPLOYEES:  100 which includes officer(s).  60 employed here.
              FACILITIES:  Leases 12,000 sq. ft. in a one story concrete block
           building.
              LOCATION:  Light industrial section on side street.
              BRANCHES:  Branches:  San Diego, CA; Mission Hills, CA; Santa
           Monica, CA; Riverside, CA; Oakland, CA; and Alhambra, CA.  Operations
           same as headquarters.

                                 OTHER CORPORATE DETAILS
CORPORATE STATUS:    ACTIVE
CORPORATE AGENT:     ROBERT ALKEMA, 215 S LEMON CREEK DRIVE, WALNUT, CA
STATE ID NO:         199510410024

=================================================================================
FINANCIAL SUMMARY


                              KEY BUSINESS RATIOS

NOTE:
D&B has been unable to obtain sufficient financial information from this
```

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

company to calculate business ratios.  Our check of additional outside sources also found no information available on its financial performance.

To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

(Industry Norms Based on 27 Establishments)

|  | Profitability % | | Short-Term Solvency | | Efficiency (%) | | Utilization (%) |
|---|---|---|---|---|---|---|---|
|  | Return on Sales | Return on Net Worth | Curr Ratio | Quick Ratio | Assets/ Sales | Sales/ Net working Capital | Total Liabs/ Net Worth |
| Firm | UN | UN | UN | UN | UN | UN | UN |
| Industry Median | 6.6 | 23.2 | 1.6 | 1.1 | 55.3 | 10.4 | 99.5 |
| Industry Quartile | UN | UN | UN | UN | UN | UN | UN |

UN = Unavailable

FINANCIAL INFORMATION

09/28/07     Sources contacted declined information on September 26, 2007.

==========================================================================
CUSTOMER SERVICE

If you need any additional information, or have any questions regarding this report, please call our Customer Service Center at (800) 234-3867 from anywhere within the U.S.  From outside the U.S., please call your local D&B office.

END OF COMPREHENSIVE REPORT
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.