


Skip Navigational Links

Alame
Count
Home

# County Clerk - Recorder

## *Official Public Records*

*Search Results*          **Menu** · **New Search** · **Forms** · **Prefs** · **Help**

---

Criteria: Name or Associated Name Begins with RONSIN PHOTOCOPY

Search Results - 2 matches

Displaying Records 1 to 2

| Instrument Number | Date Filed | Document Type | Name (+) = More Names | Associated Name (+) = More Names | Legal Description | Book-Page | Index Status |
|---|---|---|---|---|---|---|---|
| 2000019185 | 01/21/2000 | BOND-P/P/LOST DT | RONSIN PHOTOCOPY INC | | | | Perm |
| 2001263278 | 07/23/2001 | NOTARY BOND-PS/PG/UDA/LDA | RONSIN PHOTOCOPY INC (+) | | | | Perm |

---

For issues with this software, please check the FAQ.

---

Internet Public Access Module Version 3.1
Copyright © 2001 - 2003 Hart InterCivic, Inc. All Rights Reserved.

 

# County Clerk - Recorder

## Official Public Records

*Document Detail*      **Menu** · **New Search** · **Search Results** · **Forms** · **Help**

### Document Detail

Instrument Number: 2000019185

Sequence #: 0

Date Received: 01/21/2000 4:37:43 PM

Document Type: BOND-P/P/LOST DT

Book: 0

Page: 0

### Names

RONSIN PHOTOCOPY INC

### Associated Names

### Legal Records - Parcel

| # | Parcel ID |
|---|-----------|
| 1 | |

### Related Documents

None found

For issues with this software, please check the FAQ.

Internet Public Access Module Version 3.1
Copyright © 2001 - 2003 Hart InterCivic, Inc. All Rights Reserved.





# County Clerk - Recorder

## Official Public Records

*Document Detail*        **Menu** · **New Search** · **Search Results** · **Forms** · **Help**

---

### Document Detail

Instrument Number: 2001263278

Sequence #: 0

Date Received: 07/23/2001 3:20:10 PM

Document Type: NOTARY BOND-PS/PG/UDA/LDA

Book: 0

Page: 0

### Names

RONSIN PHOTOCOPY INC

WESTERN SURETY CO

### Associated Names

### Legal Records - Parcel

| # | Parcel ID |
|---|-----------|
| 1 | |

### Related Documents

None found

For issues with this software, please check the FAQ.

---

Internet Public Access Module Version 3.1
Copyright © 2001 - 2003 Hart InterCivic, Inc. All Rights Reserved.