**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Deepa Krishnan (Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff
SECOND IMAGE, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECOND IMAGE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RONSIN PHOTOCOPY, Inc., a California Corporation; CHRISTINA SANCHEZ, an individual; and DOES 1-10,<br><br>Defendants. | Case No. C-075242 PJH<br><br>DECLARATION OF NORMAN FOGWELL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT RONSIN PHOTOCOPY, INC.'S MOTION TO DISMISS<br><br>Date: December 19, 2007<br>Time: 9:00 a.m.<br>Dept.: 3<br><br>**The Honorable Phyllis J. Hamilton** |

I, Norman Fogwell, declare as follows:

1. I provide this Declaration in support of Plaintiff's Opposition to Defendant Ronsin Photocopy, Inc.'s Motion to Dismiss. Except as otherwise stated, I have personal knowledge of the matters contained herein.

2. I am the President of Second Image, Inc. ("Second Image"), the Plaintiff in this Action. Second Image is a comprehensive provider of litigation support services.

3. Kaiser Permanente ("Kaiser") is Second Image's client. On or about May

1  31, 2007, Second Image received a phone call from Kaiser's outside counsel located in
2  Northern California, informing Second Image about a potential breach of Second Image's
3  website.

4.  Shortly thereafter, I spoke with Mary Parks, senior legal counsel for Kaiser, located in Oakland, California. During our telephone call, Ms. Parks stated that a "Tom" from Ronsin Photocopy, Inc. ("Ronsin") had contacted Kaiser to warn them that Second Image's website was not secure. I learned from Kaiser that "Tom" had given them instructions on how to duplicate the results so that Kaiser could breach Second Image's website if it wanted to do so. Ms. Parks informed me that, as a result of Tom's phone call, Kaiser had become concerned that its records, specifically those related to a pending class action suit on which Plaintiff was working in the Northern District, had been breached. Kaiser accordingly wanted its records removed from online access immediately. Since several attorneys representing Kaiser were using Second Image's website to review records, Kaiser's request caused an immediate disruption in their workflow.

5.  As a result of my phone call with Ms. Parks, Second Image audited its database and discovered that its security had been breached. The breach was solely associated with the login account of Defendant Christina Sanchez. Second Image promptly notified Kaiser that some of its records were involved in the breach. Kaiser stated its frustration and concern that a third-party had accessed confidential patient medical records.

6.  Kaiser is one of Second Image's largest clients. Ronsin is a competitor of Second Image. At or around the timeframe of Ronsin's "presentation" and telephone call to Kaiser, Second Image was engaged in photocopying records and images in, upon information and belief, a multi-million dollar class-action lawsuit for Kaiser. At least the following 19 employees and/or field representatives of Second Image were working in Northern California for this project: Ed Adams, Chuck Bell, Ireen Bell, Scott Benoit,

1. David Dinh, Raymond Dinh, Ralph Downs, Steve Jenson, Marlo Miller, Teresa Miller, Edward Najarro, Paul Ricardo, Alex Ramirez, Paul Richter, Dominic Sprattlin, James Stennet, Voung Tran, Gene Wall, and Maitia Xiong.

7. Upon information and belief, law enforcement is actively investigating the breach into Second Image's system.

I declare under penalty of perjury in accordance with the laws of the United states of America that the foregoing is true and correct and that this Declaration was executed on November 28th in San Dimas California.

_[signature]_
Norman Fogwell

Case No. C-075242 PJH                3                FOGWELL DECL. IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS