UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CLERK'S NOTICE TO ALL PARTIES WITH HEARINGS SET FOR DECEMBER 19, 2007 AT 9:00 A.M.**

YOU ARE HEREBY NOTIFIED that due to the court's voluminous civil law and motion calendar on December 19, 2007 at 9:00 a.m. , the HONORABLE PHYLLIS J. HAMILTON will impose time limits of no more than 15 minutes per side for oral argument for most of the matters on calendar. Please prepare your argument accordingly.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: December 13, 2007