**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:  December 19, 2007**                                **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-07-5242  PJH**

**Case Name:** Second Image, Inc. v. Ronsin Photocopy, et al.

**Attorney(s) for Plaintiff:**        Karl S. Kronenberger
**Attorney(s) for Defendant:**     Aaron G. Capps (Ronsin); Stephen L. Dahm (Sanchez)

**Deputy Clerk**:  Nichole Heuerman                **Court Reporter**: Sahar McVickar

**PROCEEDINGS**

    The court informs defense counsel that the untimely filed reply brief is stricken.  The court informs plaintiff counsel that he did not comply with the local rule regarding footnotes.  Any further briefs that do not comply with this rule will be stricken.

    Defendant's Motion to Dismiss-GRANTED IN PART AND DENIED IN PART as stated on the record.  Plaintiff shall file an amended complaint within 30 days and defendant shall file a response within 20 days from the date the amended complaint is filed.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file