COPY

1  **MOHAJERIAN INC**
   **AL MOHAJERIAN,** CSBN 182013
2  **AARON G. CAPPS,** CSBN 215803
   A Professional Law Corporation
3  1925 Century Park East, Suite 350      FOR COURT USE ONLY
   Los Angeles, California 90067
4  Tel: (310) 556-3800/Fax: (310) 556-3817

5  Attorney for Ronsin Photocopy, Inc.

ORIGINAL FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

11 SECOND IMAGE, INC., a California      ) CASE NO.: C075242
   Corporation                           )
12                                       ) **CERTIFICATION OF INTERESTED**
                        Plaintiff(s),    ) **ENTITIES OR PERSONS PURSUANT TO**
13                                       ) **L.R. 3-16**
14           vs.                         )
                                         ) DATE: December 19, 2007
15 RONSIN PHOTOCOPY, a California        ) TIME: 9:00 a.m.
   Corporation; CHRISTINA SANCHEZ, an    ) DEPT: 3
16 individual ; and DOES 1 through 10    ) **Honorable Judge Phyllis J. Hamilton**
                                         )
17                      Defendant(s).

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2   names parties, there is no such interest to report.

3

4   Dated: November 12, 2007

*Respectfully submitted,*
**MOHAJERIAN LAW OFFICES**

By: _____
AL-MOHAJERIAN and AARON G. CAPPS
Attorneys for RONSIN PHOTOCOPY, INC.

**PROOF OF SERVICE**
(California Code of Civil Procedure, " 1011, 1013, 2015.5; California Rules of Court, Rule 2008(e))
<u>SECOND IMAGE, INC. V. RONSIN PHOTOCOPY, INC</u>
Case No.: C075242

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN FRANCISO )

I am employed in the county of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is: *1925 Century Park East, Suite 350, Los Angeles, CA 90067.*

I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** in this action

_X_ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
___ by placing __ the original __ a true copy thereof enclosed in sealed envelopes addressed as follows:

**Henry Burgoyne, Esq.**
**Kronenberger Burgoyne, LLP**
**150 Post Street, Suite 520**
**San Francisco, CA 94108**

___ **BY PRIORITY MAIL** I caused said envelope to be deposited in the U.S. Mail, as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

___ **BY FACSIMILE** I served the forgoing document on the office of the addressee pursuant to CRC 2008 at the party's facsimile number shown hereinabove. A transmission report was properly issued by the sending facsimile machine, and the transmission reported as complete without error.

_X_ **BY FEDERAL EXPRESS** I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, (copy of the attached document), together with a signed copy of this declaration, in an envelope designated by the said express service carrier, with deliver fees paid or provided for, addressed as listed above.

___ **BY HAND** I caused said envelope to be delivered by hand/messenger to the offices of the addressee.

Executed on November 12, 2007 at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(Signature): _____
Print Name: PANTEA RAHBAR

---

**PROOF OF SERVICE**