MOHAJERIAN INC
AL MOHAJERIAN, CSBN 182013
AARON G. CAPPS, CSBN 215803
A Professional Law Corporation
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel: (310) 556-3800/Fax: (310) 556-3817

Attorney for Ronsin Photocopy, Inc.

FOR COURT USE ONLY

07 DEC -5 PM 1:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MOHAJERIAN INC
A Professional Law Corporation
1925 Century Park East, Suite 350
Los Angeles, California 90067
TEL: (310) 289-3800 FAX: (310) 556-3817

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SECOND IMAGE, INC., a California Corporation

Plaintiff(s),

vs.

RONSIN PHOTOCOPY, a California Corporation; CHRISTINA SANCHEZ, an individual ; and DOES 1 through 10

Defendant(s).

CASE NO.: C075242

Honorable Judge Phyllis J. Hamilton

**NOTICE OF ERRATA RE: CORRECTIONS TO MOTION TO DISMISS PURUSANT TO RULES 12(b)(6), 12(b)(1) AND 12(b)(3)**

DATE: December 19, 2007
TIME: 9:00 a.m.
DEPT: 3

**Honorable Judge Phyllis J. Hamilton**

Please note the following grammatical corrections to the above-referenced motion:

1. Page 1, Line 21 – The first word in the sentence ("Plaintiff") should be replaced with "Defendant Ronsin".

2. Page 1, Line 22 – The last word in line 22 beginning the new sentence ("Plaintiff") should be replaced with "Defendant Ronsin."

Dated: November 30, 2007

Respectfully submitted,
**MOHAJERIAN LAW OFFICES**

By: ______________________
AL MOHAJERIAN
AARON G. CAPPS
Attorneys for Defendant,
RONSIN PHOTOCOPY, INC.

MOHAJERIAN INC
A PROFESSIONAL LAW CORPORATION
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL: (310) 289-3800 FAX: (310) 556-3817

MOHAJERIAN INC
A PROFESSIONAL LAW CORPORATION
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL: (310) 289-3800 FAX: (310) 556-3817

# PROOF OF SERVICE

(California Code of Civil Procedure, " 1011, 1013, 2015.5; California Rules of Court, Rule 2008(e))
SECOND IMAGE, INC. V. RONSIN PHOTOCOPY, INC
Case No.: C075242

**STATE OF CALIFORNIA** )
)
**COUNTY OF SAN FRANCISCO** )

I am employed in the county of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is: *1925 Century Park East, Suite 350, Los Angeles, CA 90067.*

I served the foregoing document described as **NOTICE OF ERRATE RE: CORRECTIONS TO SEVERAL GRAMMATICAL ERRORS IN MOTION TO NOTICE OF MOTION TO DISMISS PURUSANT TO RULES 12(b)(6), 12(b)(1) AND 12(b)(3)**

_X_ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
___ by placing __ the original __ a true copy thereof enclosed in sealed envelopes addressed as follows:

**Henry Burgoyne, Esq.**
**Kronenberger Burgoyne, LLP**
**150 Post Street, Suite 520**
**San Francisco, CA 94108**

_x_ **BY US MAIL** I caused said envelope to be deposited in the U.S. Mail, as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

___ **BY FACSIMILE** I served the forgoing document on the office of the addressee pursuant to CRC 2008 at the party's facsimile number shown hereinabove. A transmission report was properly issued by the sending facsimile machine, and the transmission reported as complete without error.

_ **BY FEDERAL EXPRESS** I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, (copy of the attached document), together with a signed copy of this declaration, in an envelope designated by the said express service carrier, with deliver fees paid or provided for, addressed as listed above.

___ **BY HAND** I caused said envelope to be delivered by hand/messenger to the offices of the addressee.

Executed on November 30, 2007 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

(Signature): [signature]
Print Name: PANTEA RAHBAR