**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Second Image Inc., | 07-05242 PJH |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Ronsin Photocopy Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-05242 PJH                                            -1-

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2   to an e-mail directed to adr@cand.uscourts.gov.

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if
5   required, to occur <u>before</u> the Case Management Conference.

8   Dated: January 8, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Timothy J. Smagacz

                                        *Timothy Smagacz*
                                        _____
                                        ADR Administrative Assistant
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      Second Image Inc. v. Ronsin Photocopy Inc.

Case Number:    07-05242 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On January 8, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Henry M. Burgoyne III
>   Kronenberger Burgoyne, LLP
>   150 Post Street
>   Suite 520
>   San Francisco, CA 94108-4707
>   hank@kronenbergerlaw.com
>
>   Karl Stephen Kronenberger
>   Kronenberger Burgoyne, LLP
>   150 Post Street
>   Suite 520
>   San Francisco, CA 94108-4707
>   karl@kronenbergerlaw.com
>
>   Deepa Krishnan
>   Kronenberger Burgoyne, LLP
>   150 Post Street
>   Suite 520
>   San Francisco, CA 94108
>   deepa@kronenbergerlaw.com

Al Mohajerian
Mohajerian Law Corp.
1925 Century Park East
Suite 350
Los Angeles, CA 90067
al@mohajerianlawcorp.com

Aaron Glenn Capps
Mohajerian Inc.
1925 Century Park East
Suite 350
Los Angeles, CA 90067

Dennis F. Moriarty
Cesari Werner and Moriarty
360 Post Street
5th Floor
San Francisco, CA 94108-4908

Stephen Lewis Dahm
Cesari, Werner & Moriarty
360 Post St.
Fifth Floor
San Francisco, CA 94108
sdahm@cwmlaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 8, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov