```
DENNIS F. MORIARTY      (BAR NO. 37612)
STEPHEN L. DAHM         (BAR NO. 114745)
CESARI, WERNER AND MORIARTY
360 Post Street, Fifth Floor
San Francisco, CA 94108-4908
Telephone: (415) 391-1113
Facsimile:  (415) 391-4626
5055-3-10-15
Attorneys for Defendant,
CHRISTINA SANCHEZ
```

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECOND IMAGE, INC., a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>RONSIN PHOTOCOPY, INC., a California Corporation; CHRISTINA SANCHEZ, an individual; and DOES 1-10<br><br>  Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No. C 07 5242 PJH<br><br>**DECLARATION OF STEPHEN L. DAHM IN SUPPORT OF MOTION FOR RELIEF FROM ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Dept.: 3, Hon. Phyllis J. Hamilton** |

I, Stephen L. Dahm, declare:

1.    I am an attorney admitted to practice before this Court, and I am attorney of record for defendant Christina Sanchez ("Sanchez" or "defendant Sanchez").

2.    Defendant Sanchez requests relief from the Court's Order Setting Initial Case Management Conference because the parties have not yet been able to meet and confer as required by Fed. R.Civ. P. 26(f) with respect to those subjects set forth in Fed. R. Civ. P. 16(c) to prepare a Joint Case Management Statement addressing each of the items listed in the "Standing Order For All Judges of the Northern District—Contents of Joint Case Management Statement." The parties have not yet been able to meet and confer on these

subjects because defendant Second Image, Inc. objected to the Court's jurisdiction, and the Court sustained Second Image's objection to the extent that the Court ordered plaintiff to file an Amended Complaint. The First Amended Complaint was filed on December 28, 2007, and defendants have until January 17, 2008 to file responsive pleadings. Defendant Second Image, Inc. takes the position that it is not yet subject to the Court's jurisdiction and therefore cannot properly meet and confer as required by Rule 26(f).

3. On January 4 and January 7, 2008, via e-mail correspondence among the parties, defendants Second Image, Inc. and Christina Sanchez attempted to obtain a stipulation from plaintiff to continue the date for the Initial Case Management Conference, but plaintiff has not agreed to so stipulate.

4. If the Initial Case Management Conference is not continued, defendant Sanchez will suffer substantial prejudice because she will not have the benefit of Fed. R. Civ. P. 26(f) disclosures prior to the Initial Case Management Conference with respect to those subjects set forth in Fed. R. Civ. P. 16(c).

5. To my knowledge there have been no previous time modifications in this case.

6. The effect of this requested time modification on the schedule for the case will be to extend, by approximately six weeks, the time for initial disclosures, case management, discovery, dispositive motions and trial. However, if the requested time modification is granted, I believe the case will proceed in a more orderly fashion, and judicial economy will be served.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness I could testify competently thereto.

Executed this 8th day of January, at San Francisco, California.

                                      /S/
                            STEPHEN L. DAHM