```
STEPHEN L. DAHM        (BAR NO. 114745)
DENNIS F. MORIARTY     (BAR NO. 37612)
CESARI, WERNER AND MORIARTY
360 Post Street, Fifth Floor
San Francisco, CA 94108-4908
Telephone: (415) 391-1113
Facsimile:  (415) 391-4626
5055-3-10-15
Attorneys for Defendant,
CHRISTINA SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECOND IMAGE, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>RONSIN PHOTOCOPY, INC., a California Corporation; CHRISTINA SANCHEZ, an individual; and DOES 1-10<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM. | Case No. C 07 5242 PJH<br><br>**[PROPOSED] ORDER GRANTING RELIEF FROM ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Dept.: 3, Hon. Phyllis J. Hamilton** |

    The Court has considered the motion of defendant Christina Sanchez for relief from the Order Setting Initial Case Management Conference and has considered the opposing papers, if any. Good cause appearing therefor, IT IS ORDERED as follows:

    1.    Defendant Christina Sanchez's motion is granted. The Initial Case Management Conference, now set for January 17, 2008, is re-set for February 28, 2008, in Courtroom 3, 17th Floor, at 2:30 PM; and

/ / /

/ / /

/ / /

2. The last day for the parties to file Rule 26(f) Report and to file the Joint Case Management Conference Statement is continued to February 18, 2008.

DATED: January ___, 2008

JUDGE OF THE UNITED STATES
DISTRICT COURT NORTHERN DISTRICT
OF CALIFORNIA