MOHAJERIAN INC
AL MOHAJERIAN, CSBN 182013
AARON G. CAPPS, CSBN 215803
A Professional Law Corporation
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel: (310) 556-3800/Fax: (310) 556-3817

FOR COURT USE ONLY

Attorney for Ronsin Photocopy, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECOND IMAGE, INC., a California Corporation<br><br>                    Plaintiff(s),<br><br>          vs.<br><br>RONSIN PHOTOCOPY, a California Corporation; CHRISTINA SANCHEZ, an individual ; and DOES 1 through 10<br><br>                    Defendant(s). | CASE NO.:  C075242<br><br>Honorable Judge Phyllis J. Hamilton<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S CLAIM BASED UPON FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, TRANSFERRING VENUE TO UNITED STATES DISTRICT COURT, CENTRAL DISTRICT** |

          The motion of Defendant RONSIN PHOTOCOPY came on regularly for hearing by the court on _____. On good cause being shown and proof made to the satisfaction of the court that the motion ought to be granted,

          IT IS SO ORDERED that the motion be, and hereby is, granted and that this matter is dismissed based on,

          1.  Plaintiff's failure to state a claim upon which relief can be granted, thus due to the lack of federal claims this court lacks subject matter jurisdiction; or in the alternative

MOHAJERIAN INC
A PROFESSIONAL LAW CORPORATION
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL: (310) 289-3800 FAX: (310) 556-3817

IT IS SO ORDERED that, based on the inconvenience to all parties, and in the interests of justice, that this matter be transferred to the United States District Court, Central District.

IT IS FURTHER ORDERED that the Clerk of Court shall serve copies of the Order on counsel for the parties in this matter.

Dated: _____          _____

Phyllis J. Hamilton

United States District Judge

MOHAJERIAN INC
A PROFESSIONAL LAW CORPORATION
1925 CENTURY PARK EAST, SUITE 350
LOS ANGELES, CALIFORNIA 90067
TEL. (310) 289-3800 FAX: (310) 556-3817