```
1  DENNIS F. MORIARTY     (BAR NO. 37612)
   STEPHEN L. DAHM        (BAR NO. 114745)
2  CESARI, WERNER AND MORIARTY
   360 Post Street, Fifth Floor
3  San Francisco, CA 94108-4908
   Telephone: (415) 391-1113
4  Facsimile:  (415) 391-4626
   5055-3-10-15
5  Attorneys for Defendant,
   CHRISTINA SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECOND IMAGE, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>RONSIN PHOTOCOPY, INC., a California Corporation; CHRISTINA SANCHEZ, an individual; and DOES 1-10<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM. | Case No. C 07 5242 PJH<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S CLAIM BASED UPON FAILURE TO STATE A CLIAM UPON WHICH RELIEF CAN BE GRANTED AND LACK OF SUBJECT MATTER JURISDICTION**<br><br>**Dept.: 3, Hon. Phyllis J. Hamilton** |

The motion of defendant CHRISTINA SANCHEZ to dismiss the First Amended Complaint as to her came on regularly for hearing by the Court on February 22, 2008. On good cause being shown and proof made to the satisfaction of the Court that he motion ought to be granted,

IT IS SO ORDERED that the motion be, and hereby is, granted and this matter is dismissed as to defendant Christina Sanchez for plaintiff's failure to state a claim against Christina Sanchez upon which relief can be granted, and for lack of federal subject matter jurisdiction or to the claim against Christina Sanchez.

///

-1-

ORDER GRANTING RELIEF FROM ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

1 | IT IS FURTHER ORDERED that the Clerk of Court shall serve copies of the Order on counsel for the parties in this matter.

Dated: _____

PHYLLIS J. HAMILTON
United States District Judge