UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** January 17, 2008          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-1307 PJH

**Case Name:** Second Image, Inc. v. Ronsin Photocopy, Inc.

**Attorney(s) for Plaintiff:**     Deepa Krishnan
**Attorney(s) for Defendant:**     Aaron Capps, Stephen Dahm

**Deputy Clerk**: Frank Justiliano          **Court Reporter**: None

### PROCEEDINGS

Initial Case Management Conference held. Deadline for amending pleadings is May 30, 2008. Discovery to open upon resolution of motions to dismiss. Initial disclosures to be exchanged within 15 days of opening of discovery.

**REFERRALS:**

**[X] Case referred to ADR for** Mediation **by** 90 days of resolution of motions to dismiss filed today.
**[] Case referred to (random) Magistrate Judge for SETTLEMENT CONFERENCE by/during** , or as soon thereafter as is convenient for the judge.
**[]Case referred to (direct) Magistrate Judge for SETTLEMENT CONFERENCE by/during** , or as soon thereafter as is convenient for the judge.

**PRETRIAL SCHEDULE:**

**Discovery cutoff: upon resolution of motions to dismiss**
**Expert disclosure: 12/30/08**
**Expert discovery cutoff: 2/28/09**
**Motions heard by: 4/22/09**
**Pretrial Conference:** 7/23/09 at 2:30 p.m.
**Trial: 8/24/09 at 8:30 a.m., for 8 days, by [X] Jury []  Court**

**Order to be prepared by:** [] Pl [] Def  [X]  Court

**Notes:**

**cc:** Chambers