UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES**

**Date:** January 17, 2008                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C- 07-5242 PJH

**Case Name:** Second Image, Inc. v. Ronsin Photocopy, Inc.

**Attorney(s) for Plaintiff:**     Deepa Krishnan
**Attorney(s) for Defendant:**     Aaron Capps, Stephen Dahm

**Deputy Clerk**: Frank Justiliano            **Court Reporter**: None

PROCEEDINGS

Initial Case Management Conference held. Deadlines for amending pleadings is May 30, 2008. Discovery to open upon resolution of motions to dismiss. Initial disclosurres to be exchanged within 15 days of opening discovery.

**REFERRALS:**

**[X] Case referred to ADR for** Mediation **by** 90 days of resolution of motions to dismiss filed today.

**PRETRIAL SCHEDULE:**

**Discovery cutoff:   12/30/08**
**Expert disclosure: 12/30/08**
**Expert discovery cutoff: 2/28/09**
**Motions heard by: 4/22/09**
**Pretrial Conference: 7/23/09 at 2:30 p.m.**
**Trial: 8/24/09 at  8:30 a.m., for 8 days, by [X] Jury  []  Court**

**Order to be prepared by:**   [] Pl [] Def  [X]  Court

**Notes:**

**cc:** Chambers, ADR