| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Karl S. Kronenberger<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>   TELEPHONE NO.: 415-955-1155   FAX NO. *(Optional)*:<br>EMAIL ADDRESS *(Optional)*:<br>   ATTORNEY FOR *(Name)*: SECOND IMAGE, INC., A CALIFORNIA CORPORATION, | FOR COURT USE ONLY |
|---|---|

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
  STREET ADDRESS:
  MAILING ADDRESS:
  CITY AND ZIP CODE:
  BRANCH NAME:

| PLAINTIFF/PETITIONER: SECOND IMAGE, INC., A CALIFORNIA CORPORATION, | CASE NUMBER:<br>C-07-5242 PJH |
|---|---|
| DEFENDANT/RESPONDENT: RONSIN PHOTOCOPY, INC., A CALIFORNIA CORPORATION; ET AL., | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons in A Civil Case; Complaint; Certificate of Interested Parties; Order Setting Initial Case Management Conference and Adr Deadlines; Order Requiring Joint Case Management Statement and Appearance at Case Management Conference; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Consent to Proceed Before A U.s. Magistrate Judge; Ecf Registration Information Handout

3. a. Party served *(specify name of party as shown on documents served)*:
   CHRISTINA SANCHEZ, A Hispanic female approx. 40-45 years of age 5'4"-5'6" in height weighing 140-160 lbs with black hair
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   LAW OFFICES OF HEAL HAUSHALTER RAY & KURKHILL, 6 HUTTON CENTER Drive SUITE 100, SANTA ANA, CA 92707

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10/22/2007** (2) at *(time)*: **2:40 PM**
   b. [ ] **by substituted service.** On *(date)*: (2) at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
     (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
     (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
     (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
     (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 8032141 SEA

| PLAINTIFF/PETITIONER: | SECOND IMAGE, INC., A CALIFORNIA CORPORATION, | CASE NUMBER: C-07-5242 PJH |
|---|---|---|
| DEFENDANT/RESPONDENT: | RONSIN PHOTOCOPY, INC., A CALIFORNIA CORPORATION; ET AL., | |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) on *(date)*:         (2) from *(city)*:
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section)*:

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ X ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant
   d. [ ] On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
         [ ] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
         [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
         [ ] 416.30 (joint stock company/association)   [ ] 416.70 (ward or conservatee)
         [ ] 416.40 (association or partnership)   [ ] 416.90 (authorized person)
         [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
                                               [ ] other

7. **Person who served papers**
   a. Name: **Lou Nemeth**
   b. Address: **2112 E. 4th street, suite 218, Santa Ana, CA 92705**
   c. Telephone number: **714-541-4133**
   d. The fee for service was: **$0.00**
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ X ] registered California process server:
         (i) [ ] owner   [ ] employee   [ X ] independant contractor
         (ii) [ X ] Registration No.: **PSC-1482**
         (iii) [ X ] County: **Orange County**

8. [ X ] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **10/23/2007**

_____     _____
**Lou Nemeth**                               (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]                                Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                    Order No. 8032141 SEA