1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES J.S. HOLMES Bar No. 126779
2  801 South Figueroa Street, 19th Floor
   Los Angeles, California 90017-5556
3  Telephone: (213) 426-6900
   Facsimile: (213) 426-6921
4  E-mail: james.holmes@sdma.com

5  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   AMBER RYE BRUMFIEL Bar No. 215181
6  One Market Plaza
   Steuart Tower, 8th Floor
7  San Francisco, CA 94105
   Telephone: 415.781.7900
8  Fax: 415.781.2635
   E-mail: amber.rye@sdma.com
9

10 Attorneys for Defendant
   RONSIN PHOTOCOPY, INC.
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECOND IMAGE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RONSIN PHOTOCOPY, Inc., a California Corporation; CHRISTINA SANCHEZ, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. C-07-05242-PJH<br><br>**ASSOCIATION OF COUNSEL**<br><br>JUDGE: Phyllis J. Hamilton<br>DEPT: 3 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that James J.S. Holmes, Esq. and Amber Rye Brumfiel, Esq. of Sedgwick, Detert, Moran & Arnold LLP have associated as counsel for Defendant RONSIN PHOTOCOPY, INC. in the above-entitled litigation.

///

| | |
|---|---|
| 1 | Please provide service of all notices, documents and other mailings to: |
| 2 | James J.S. Holmes |
|   | Sedgwick, Detert, Moran & Arnold LLP |
| 3 | 801 S. Figueroa Street, 18th Floor |
|   | Los Angeles, CA 90017 |
| 4 | Telephone: (213) 426-6900 |
|   | Fax: (213) 426-6921 |
| 5 | E-mail: james.holmes@sdma.com |
| 6 | and |
| 7 | Amber Rye Brumfiel |
|   | Sedgwick, Detert, Moran & Arnold LLP |
| 8 | One Market Plaza |
|   | Steuart Tower, 8th Floor |
| 9 | San Francisco, CA 94105 |
|   | Telephone: 415.781.7900 |
| 10 | Fax: 415.781.2635 |
|    | E-mail: amber.rye@sdma.com |

12  DATED: February 6, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
James J.S. Holmes
Attorneys for Defendant
RONSIN PHOTOCOPY, INC.

18  DATED: February 5, 2008    MOHAJERIAN LAW CORPORATION

By: _____
Al Mohajerian
Attorneys for Defendant
RONSIN PHOTOCOPY, INC.