UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** February 27, 2008                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5242 PJH

**Case Name:** Second Image, Inc. v. Ronsin Photocopy, et al.

**Attorney(s) for Plaintiff:**      Karl S. Kronenberger; Deepa Krishnan
**Attorney(s) for Defendant:**   Aaron G. Capps (Ronsin); Sean P. Moriarty (Sanchez)

**Deputy Clerk:** Nichole Heuerman              **Court Reporter:** Kathy Wyatt

**PROCEEDINGS**

    Defendant Ronsin's Motion to Dismiss First Amended Complaint-DENIED as stated on the record.

    Defendant Sanchez's Motion to Dismiss First Amended Complaint-DENIED as stated on the record.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file