UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECOND IMAGE INC.,

    Plaintiff,

    v.

RONSIN PHOTOCOPY INC., et al.,

    Defendants.
_____/

No. C 07-5242 PJH

**ORDER DENYING MOTIONS TO DISMISS**

Defendants' motions to dismiss plaintiff's first amended complaint for failure to state a claim came on for hearing before this court on February 27, 2008. Plaintiff, Second Image, Inc., appeared through its counsel, Karl S. Kronenberger and Deepa Krishnan. Defendants Ronsin Photocopy Inc. and Christina Sanchez appeared through their respective counsel, Aaron G. Capps and Sean P. Moriarty. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES both defendants' motions to dismiss, for the reasons stated at the hearing.

**IT IS SO ORDERED.**

Dated: February 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge