ALTERNATIVE DISPUTE RESOLUTION PROGRAM

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

March 5, 2008

**<u>VIA E-FILING ONLY</u>**

Re:    Second Image Inc. v. Ronsin Photocopy Inc.
<u>Case No. C 07-05242 PJH MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with the ADR Program's legal staff to discuss the Mediation referral.  We would like to schedule this for **Tuesday, March 11, 2008 at 11:00 a.m.**  Plaintiff's counsel should initiate the call to all parties then call the ADR Phone Conference line 415-522-4603. If you are unavailable at this time/date, please contact the other participants and provide me with three alternative times/dates you are all available during the same week.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator
415-522-2059