1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES J.S. HOLMES Bar No. 126779
2  AMBER RYE BRUMFIEL Bar No. 215181
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  RONSIN PHOTOCOPY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SECOND IMAGE, INC., a California corporation, | CASE NO. C-07-05242-PJH |
| 12                  Plaintiff, | **DEFENDANT RONSIN PHOTOCOPY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |
| 13         v. | |
| 14  RONSIN PHOTOCOPY, INC., a | [DEMAND FOR JURY TRIAL (Fed. R. Civ. P. 38)] |
| 15  California corporation; CHRISTINA SANCHEZ, an individual; AND DOES 1- | |
| 16  10, | |
| 17                  Defendants. | |

18

19       Defendant Ronsin Photocopy, Inc. ("Ronsin") hereby answers Plaintiff Second Image,

20  Inc.'s First Amended Complaint:

21           1.    Ronsin denies the allegations in Paragraph 1 of the First Amended Complaint.

22           2.    Ronsin is without knowledge or information sufficient to form a belief as to the

23  truth of the allegations contained in Paragraph 2 of the First Amended Complaint and on that

24  basis denies such allegations.

25           3.    Ronsin admits that its clients are located throughout the United States and that it

26  conducts business nationwide. Ronsin is without knowledge or information sufficient to form a

27  belief as to the truth of the remaining allegations contained in Paragraph 3 of the First Amended

28  Complaint and on that basis denies such allegations.

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

1  4. Ronsin is without knowledge or information sufficient to form a belief as to the
2  truth of the allegations contained in Paragraph 4 of the First Amended Complaint and on that
3  basis denies such allegations.

4  5. Ronsin is without knowledge or information sufficient to form a belief as to the
5  truth of the allegations contained in Paragraph 5 of the First Amended Complaint and on that
6  basis denies such allegations.

7  6. Ronsin is without knowledge or information sufficient to form a belief as to the
8  truth of the allegations contained in Paragraph 6 of the First Amended Complaint and on that
9  basis denies such allegations.

10  7. Ronsin is without knowledge or information sufficient to form a belief as to the
11  truth of the allegations contained in Paragraph 7 of the First Amended Complaint and on that
12  basis denies such allegations.

13  8. Ronsin admits allegations contained in Paragraph 8 of the First Amended
14  Complaint.

15  9. Ronsin is without knowledge or information sufficient to form a belief as to the
16  truth of the allegations contained in Paragraph 9 of the First Amended Complaint and on that
17  basis denies such allegations.

18  10. Ronsin denies the allegations contained in Paragraph 10 of the First Amended
19  Complaint.

20  11. Ronsin denies the allegations contained in Paragraph 11 of the First Amended
21  Complaint.

22  12. Ronsin is without knowledge or information sufficient to form a belief as to the
23  truth of the allegations contained in Paragraph 12 of the First Amended Complaint.

24  13. Ronsin is without knowledge or information sufficient to form a belief as to the
25  truth of the allegations contained in Paragraph 13 of the First Amended Complaint and on that
26  basis denies such allegations.

27  14. Ronsin is without knowledge or information sufficient to form a belief as to the
28  truth of the allegations contained in Paragraph 14 of the First Amended Complaint and on that

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

SF/1492069v1

-2-                    CASE NO. C-07-05242-PJH

DEFENDANT RONSIN PHOTOCOPY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

1  basis denies such allegations.

2       15.    Ronsin is without knowledge or information sufficient to form a belief as to the

3  truth of the allegations contained in Paragraph 15 of the First Amended Complaint and on that

4  basis denies such allegations.

5       16.    Ronsin is without knowledge or information sufficient to form a belief as to the

6  truth of the allegations contained in Paragraph 16 of the First Amended Complaint and on that

7  basis denies such allegations.

8       17.    Ronsin is without knowledge or information sufficient to form a belief as to the

9  truth of the allegations contained in Paragraph 17 of the First Amended Complaint and on that

10  basis denies such allegations.

11       18.    Ronsin is without knowledge or information sufficient to form a belief as to the

12  truth of the allegations contained in Paragraph 18 of the First Amended Complaint and on that

13  basis denies such allegations.

14       19.    Ronsin admits that it used a username and password provided to defendants

15  Christina Sanchez to access Second Image, Inc.'s website. Except as expressly admitted, Ronsin

16  denies the allegations in Paragraph 19 of the First Amended Complaint.

17       20.    Ronsin denies the allegations contained in Paragraph 20 of the First Amended

18  Complaint.

19       21.    Ronsin denies the allegations contained in Paragraph 21 of the First Amended

20  Complaint.

21       22.    Ronsin denies the allegations contained in Paragraph 22 of the First Amended

22  Complaint.

23       23.    Ronsin denies the allegations contained in Paragraph 23 of the First Amended

24  Complaint.

25       24.    Ronsin incorporates by reference its responses to Paragraphs 1 through 24 of the

26  First Amended Complaint.

27       25.    Ronsin is without knowledge or information sufficient to form a belief as to the

28  truth of the allegations contained in Paragraph 25 of the First Amended Complaint and on that

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

1    basis denies such allegations.

2        26.    Ronsin denies the allegations contained in Paragraph 26 of the First Amended

3    Complaint.

4        27.    Ronsin denies the allegations contained in Paragraph 27 of the First Amended

5    Complaint.

6        28.    Ronsin denies the allegations contained in Paragraph 28 of the First Amended

7    Complaint.

8        29.    Ronsin denies the allegations contained in Paragraph 29 of the First Amended

9    Complaint.

10        30.    Ronsin incorporates by reference its responses to Paragraphs 1 through 29 of the

11    First Amended Complaint.

12        31.    Ronsin denies the allegations contained in Paragraph 31 of the First Amended

13    Complaint.

14        32.    Ronsin denies the allegations contained in Paragraph 32 of the First Amended

15    Complaint.

16        33.    Ronsin denies the allegations contained in Paragraph 33 of the First Amended

17    Complaint.

18        34.    Ronsin denies the allegations contained in Paragraph 34 of the First Amended

19    Complaint.

20        35.    Ronsin denies the allegations contained in Paragraph 35 of the First Amended

21    Complaint.

22        36.    Ronsin denies the allegations contained in Paragraph 36 of the First Amended

23    Complaint.

24        37.    Ronsin denies the allegations contained in Paragraph 37 of the First Amended

25    Complaint.

26        38.    Ronsin incorporates by reference its responses to Paragraphs 1 through 37 of the

27    First Amended Complaint.

**SEDGWICK**
DETERT, MORAN & ARNOLDllp

28        39.    Ronsin denies the allegations contained in Paragraph 39 of the First Amended

1   Complaint.

2       40.    Ronsin admits that it conducts business nationwide and services clients

3   throughout the United States. Except as expressly admitted, denies the allegations contained in

4   Paragraph 40 of the First Amended Complaint.

5       41.    Ronsin denies the allegations contained in Paragraph 41 of the First Amended

6   Complaint.

7       42.    Ronsin denies that plaintiff is entitled to any remedy at law or equity, and on that

8   basis denies the allegations in Paragraph 42 of the First Amended Complaint.

9       43.    Ronsin incorporates by reference its responses to Paragraphs 1 through 43 of the

10  First Amended Complaint.

11      44.    Ronsin denies the allegations contained in Paragraph 44 of the First Amended

12  Complaint.

13      45.    Ronsin denies the allegations contained in Paragraph 45 of the First Amended

14  Complaint.

15      46.    Ronsin denies the allegations contained in Paragraph 46 of the First Amended

16  Complaint.

17      47.    Ronsin denies that plaintiff is entitled to any remedy at law or equity, and on that

18  basis denies the allegations in Paragraph 47.

19      48.    Ronsin incorporates by reference its responses to Paragraphs 1 through 47 of the

20  First Amended Complaint.

21      49.    Ronsin denies the allegations contained in Paragraph 49 of the First Amended

22  Complaint.

23      50.    Ronsin denies the allegations contained in Paragraph 50 of the First Amended

24  Complaint.

25      51.    Ronsin denies the allegations contained in Paragraph 51 of the First Amended

26  Complaint.

27      52.    Ronsin denies that plaintiff is entitled to any remedy at law or equity, and on that

28  basis denies the allegations in Paragraph 52 of the First Amended Complaint.

1    53.    Ronsin incorporates by reference its responses to Paragraphs 1 through 52 of the

2    First Amended Complaint.

3    54.    Ronsin denies the allegations contained in Paragraph 54 of the First Amended

4    Complaint.

5    55.    Ronsin denies the allegations contained in Paragraph 55 of the First Amended

6    Complaint.

7    56.    Ronsin denies the allegations contained in Paragraph 56 of the First Amended

8    Complaint.

9    57.    Ronsin denies the allegations contained in Paragraph 57 of the First Amended

10    Complaint.

11    58.    Ronsin denies the allegations contained in Paragraph 58 of the First Amended

12    Complaint.

13    59.    Ronsin denies the allegations contained in Paragraph 59 of the First Amended

14    Complaint.

15    60.    Ronsin denies the allegations contained in Paragraph 60 of the First Amended

16    Complaint.

17    61.    Ronsin denies the allegations contained in Paragraph 61 of the First Amended

18    Complaint.

19    62.    Ronsin denies that plaintiff is entitled to any remedy at law or equity, and on that

20    basis denies the allegations in Paragraph 62 of the First Amended Complaint.

21    63.    Ronsin incorporates by reference its responses to Paragraphs 1 through 63 of the

22    First Amended Complaint.

23    64.    Ronsin denies the allegations contained in Paragraph 64 of the First Amended

24    Complaint.

25    65.    Ronsin denies the allegations contained in Paragraph 65 of the First Amended

26    Complaint.

27    66.    Ronsin denies the allegations contained in Paragraph 66 of the First Amended

28    Complaint.

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

1    67.    Ronsin denies the allegations contained in Paragraph 67 of the First Amended

2    Complaint.

3    68.    Ronsin denies that plaintiff is entitled to any remedy at law or equity, and on that

4    basis denies the allegations in Paragraph 68 of the First Amended Complaint.

5    69.    Ronsin incorporates by reference its responses to Paragraphs 1 through 68 of the

6    First Amended Complaint.

7    70.    Ronsin denies the allegations contained in Paragraph 70 of the First Amended

8    Complaint.

9    71.    Ronsin denies the allegations contained in Paragraph 71 of the First Amended

10    Complaint.

11    72.    Ronsin denies that plaintiff is entitled to any remedy at law or equity, and on that

12    basis denies the allegations in Paragraph 72 of the First Amended Complaint.

13    73.    Ronsin incorporates by reference its responses to Paragraphs 1 through 72 of the

14    First Amended Complaint.

15    74.    Ronsin denies the allegations contained in Paragraph 74 of the First Amended

16    Complaint.

17    75.    Ronsin denies the allegations contained in Paragraph 75 of the First Amended

18    Complaint.

19    76.    Ronsin denies the allegations contained in Paragraph 76 of the First Amended

20    Complaint.

21    77.    Ronsin denies that plaintiff is entitled to any remedy at law or equity, and on that

22    basis denies the allegations in Paragraph 77 of the First Amended Complaint.

23                                    PRAYER FOR RELIEF

24    1.    In answer to the prayer for relief, Paragraph 1, Ronsin denies that plaintiff is

25    entitled to such relief.

26    2.    In answer to the prayer for relief, Paragraph 2, Ronsin denies that plaintiff is

27    entitled to such relief.

28    3.    In answer to the prayer for relief, Paragraph 3, Ronsin denies that plaintiff is

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

1   entitled to such relief.

2       4.      In answer to the prayer for relief, Paragraph 4, Ronsin denies that plaintiff is
3   entitled to such relief.

4       5.      In answer to the prayer for relief, Paragraph 5, Ronsin denies that plaintiff is
5   entitled to such relief.

6       6.      In answer to the prayer for relief, Paragraph 6, Ronsin denies that plaintiff is
7   entitled to such relief.

8       7.      In answer to the prayer for relief, Paragraph 7, Ronsin denies that plaintiff is
9   entitled to such relief.

10                              **AFFIRMATIVE DEFENSES**

11                          FIRST AFFIRMATIVE DEFENSE

12          The First Amended Complaint does not state facts sufficient to constitute a cause
13   of action against Ronsin.

14                          SECOND AFFIRMATIVE DEFENSE

15          Plaintiff failed to mitigate its damages.

16                          THIRD AFFIRMATIVE DEFENSE

17          The statements or representations made by Ronsin, if any, alleged in the First
18   Amended Complaint were true when made.

19                          FOURTH AFFIRMATIVE DEFENSE

20          Plaintiff consented to and approved the acts and omissions about which plaintiff
21   now complains, and the claims, if any, set forth in the First Amended Complaint herein are
22   barred.

23                          FIFTH AFFIRMATIVE DEFENSE

24          The claims, if any, set forth in the First Amended Complaint herein are barred by
25   the doctrine of laches.

26                          SIXTH AFFIRMATIVE DEFENSE

27          The damages complained of by Plaintiff, if any there were, were caused by the
28   acts or omissions of Plaintiff.

SEDGWICK
DETERT, MORAN & ARNOLDLLP

SF/1492069v1

-8-                                    CASE NO. C-07-05242-PJH
DEFENDANT RONSIN PHOTOCOPY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

1    SEVENTH AFFIRMATIVE DEFENSE

2       The claims, if any, set forth in the First Amended Complaint herein are barred by

3    the doctrine of waiver.

4    EIGHTH AFFIRMATIVE DEFENSE

5       The claims, if any, set forth in the First Amended Complaint herein are barred by

6    the doctrine of estoppel.

7    NINTH AFFIRMATIVE DEFENSE

8       The claims, if any, set forth in the First Amended Complaint herein are barred by

9    the doctrine of unclean hands.

10    TENTH AFFIRMATIVE DEFENSE

11       The damages complained of by Plaintiff, if any there were, were caused by the

12    acts or omissions of others, including persons not parties herein.

13    ELEVENTH AFFIRMATIVE DEFENSE

14       The damages complained of by Plaintiff, if any there were, were caused and

15    contributed to by the Plaintiff's own assumption of the risk.

16    TWELFTH AFFIRMATIVE DEFENSE

17       Ronsin fully and completely fulfilled its duties, if any, to Plaintiff and exercised

18    proper care and skill in doing so.

19    THIRTEENTH AFFIRMATIVE DEFENSE

20       Any statements, representations, action or inaction by Ronsin with respect to the

21    allegations contained in the Complaint were justified and/or privileged.

22    FOURTEENTH AFFIRMATIVE DEFENSE

23       The First Amended Complaint, to the extent that it seeks punitive or exemplary damages

24    against Defendants, violates Defendants' right to protection from "excessive" fines as provides in

25    the Eighth Amendment to the United States Constitution and the Constitution of the State of

26    California and violates Defendants' right to substantive due process and equal protection as

27    provided in the Fifth and Fourteenth Amendments to the United States Constitution and the

28    Constitution of the State of California, does not meet the tests for allowing punitive damages set

SEDGWICK
DETERT, MORAN & ARNOLD LLP

1    forth by the United States Supreme Court in BMW v. Gore, 517 U.S. 559, 116 S.Ct. 1589 (1996)

2    and State Farm Ins. Co. v. Campbell, 538 U.S. 408; 123 S.Ct. 1513, 1521; 155 L.Ed. 2d 585

3    (2003), and other cases, and therefore fails to state a claim supporting the punitive or exemplary

4    damages claimed.

5        WHEREFORE, defendant Ronsin prays that:

6        (a)    Plaintiff take nothing by way of the First Amended Complaint;

7        (b)    Ronsin be awarded costs of suit herein; and

8        (c)    For such other and further relief as the Court deems just.

9    DATED: March 10, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

10

11                        By:        /s/
                                    AMBER RYE BRUMFIEL
12                                  Attorneys for Defendant RONSIN PHOTOCOPY, INC.

13

14                            DEMAND FOR JURY TRIAL

15        Pursuant to Rule 38 of the Federal Rule of Civil Procedure, defendant Ronsin Photocopy,

16    Inc. hereby demands a trial by jury.

17                        SEDGWICK, DETERT, MORAN & ARNOLD LLP

18

19                        By:        /s/
                                    AMBER RYE BRUMFIEL
20                                  Attorneys for Defendant RONSIN PHOTOCOPY, INC.

21

22

23

24

25

26

27

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP    28

                                    -10-                    CASE NO. C-07-05242-PJH
            DEFENDANT RONSIN PHOTOCOPY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

*Second Image, Inc. v. Ronsin Photocopy, et al.*
USDC, Northern District Court of California, Case No. C-07-05242-PJH

### **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On March 10, 2008, I served the within document(s):

**DEFENDANT RONSIN PHOTOCOPY INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

☐　　FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒　　MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐　　PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐　　OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Karl S. Kronenberger, Esq.　　　　　　　　Attorneys For Plaintiff
Henry M. Burgoyne, III, Esq.
Deepa Krishnan, Esq.
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Dennis F. Moriarty, Esq.　　　　　　　　Attorneys for Defendant Christina Sanchez
Stephen L. Dahmm Esq.
Cesari Werner and Moriarty
360 Post Street, 5th Floor
San Francisco, CA 94108
Telephone: (415) 391-1113
Facsimile: (415) 391-4626

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

SF/1492740v1

1  *Second Image, Inc. v. Ronsin Photocopy, et al.*
   USDC, Northern District Court of California, Case No. C-07-05242-PJH

2

3       I declare that I am employed in the office of a member of the bar of this court at whose
   direction the service was made.

4       Executed on March 10, 2008, at San Francisco, California.

5

6                                                    _____
                                                     Ramonette G. Mendoza
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1492740v1