UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SECOND IMAGE, INC. a California
Corporation
           Plaintiff(s),

v.

RONSIN PHOTOCOPY, INC. a
California Corporation, et al.
           Defendant(s).

Case No. C 07 5242 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/13/08

Dated: 3/13/08

_____
[Party]

_____
[Counsel]

*Second Image, Inc. v. Ronsin Photocopy, et al.*
USDC, Northern District Court of California, Case No. C-07-05242-PJH

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On March 13, 2008, I served the within document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Karl S. Kronenberger, Esq.<br>Henry M. Burgoyne, III, Esq.<br>Deepa Krishnan, Esq.<br>Kronenberger Burgoyne, LLP<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>Telephone: (415) 955-1155<br>Facsimile: (415) 955-1158 | Attorneys For Plaintiff |
| Dennis F. Moriarty, Esq.<br>Stephen L. Dahmm Esq.<br>Cesari Werner and Moriarty<br>360 Post Street, 5th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 391-1113<br>Facsimile: (415) 391-4626 | Attorneys for Defendant Christina Sanchez |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 13, 2008, at San Francisco, California.

_____
Ramonette G. Mendoza

SF/1492740v1