SEDGWICK, DETERT, MORAN & ARNOLD LLP
James J.S. Holmes Bar 178301; Amber Rye-Brumfiel Bar 215181
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: (415) 781-7900; Fax: (415) 781-2635
Email: james.holmes@sdma.com; amber.rye@sdma.com

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECOND IMAGE, INC., a California corporation, | CASE NUMBER 3:07-cv-05242-PJH |
| v. Plaintiff(s) | |
| RONSIN PHOTOCOPY, Inc., a California Corporation; CHRISTINA SANCHEZ, an individual; and DOES 1-10, Defendant(s) | SUBSTITUTION OF ATTORNEY |

Ronsin Photocopy, Inc. [ ] Plaintiff [X] Defendant [ ] Other _____
Name of Party

hereby substitutes Sedgwick, Detert, Moran & Arnold LLP who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per One Market Plaza, Steuart Tower, 8th Floor
Street Address

San Francisco, CA 94105     (415) 781-7900    (415) 781-2635    178301
City, State, Zip Code          Telephone Number   Facsimile Number   State Bar Number

as attorney of record in the place and stead of Al Mohajerian, Mohajerian Law Corporation
Present Attorney

Dated: March 10, 2008          _____ president
                               Signature of Party
                               Ronsin Photocopy, Inc.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: March 12, 2008          _____
                               Signature of Present Attorney
                               Al Mohajerian, Mohajerian Law Corp.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: March 13, 2008          _____
                               Signature of New Attorney
                               James J.S. Holmes

Substitution of Attorney is hereby [X] Approved, [ ] Denied.

Dated: March 14, 2008          _____
                               United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cand.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (05/02)

*Second Image, Inc. v. Ronsin Photocopy, et al.*
USDC, Northern District Court of California, Case No. C-07-05242-PJH

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On March 13, 2008, I served the within document(s):

## SUBSTITUTION OF ATTORNEY

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Karl S. Kronenberger, Esq.<br>Henry M. Burgoyne, III, Esq.<br>Deepa Krishnan, Esq.<br>Kronenberger Burgoyne, LLP<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>Telephone: (415) 955-1155<br>Facsimile: (415) 955-1158 | Attorneys For Plaintiff |
| Dennis F. Moriarty, Esq.<br>Stephen L. Dahmm Esq.<br>Cesari Werner and Moriarty<br>360 Post Street, 5th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 391-1113<br>Facsimile: (415) 391-4626 | Attorneys for Defendant Christina Sanchez |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 13, 2008, at San Francisco, California.

_____
Ramonette G. Mendoza

SF/1492740v1