# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Second Image Inc., | 07-05242 PJH MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Ronsin Photocopy Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Nathan Lane**
> Squire Sanders & Dempsey
> One Maritime Plaza, Suite 300
> San Francisco, CA 94111
> 415-954-0249
> nlane@ssd.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05242 PJH MED                           - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: April 18, 2008

                    RICHARD W. WIEKING
                    Clerk
                    by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05242 PJH MED                 - 2 -