UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECOND IMAGE, INC. | No. C 07-5242 PJH |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| RONSIN PHOTOCOPY, INC., | |
| Defendants. | |
| _____/ | |

On May 20, 2008, the undersigned received correspondence from defense counsel, Stephen L. Dahm, requesting that his client, Mr. Christina Sanchez, be excused from personally attending an upcoming mediation on June 6, 2008. On May 23, 2008, the undersigned received a response from Plaintiff's counsel objecting to Mr. Dahm's request.

Defendant's request is DENIED. Mr. Dahm has provided no facts to support a conclusion that Ms. Sanchez's personal appearance at the mediation would impose an "extraordinary or otherwise unjustifiable hardship." *See* ADR Local Rule 6-9(d). Moreover, under the circumstances of this case, the fundamental objectives of mediation would be compromised if Ms. Sanchez did not personally attend the session.

IT IS SO ORDERED.

Dated:  May 23, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1