Exhibit A

**From:**            Deepa Krishnan
**Sent:**            Wednesday, May 28, 2008 4:01 PM
**To:**              'Holmes, James J.S.'; 'Rye Brumfiel, Amber'; Stephen Dahm
**Cc:**              'Karl S. Kronenberger'
**Subject:**         Second Image, Inc. v. Ronsin Photocopy, Inc. et al.: Request for Stipulation to Amend FAC

Counsel,

Per the Court's CMO, the last day to amend the pleadings in the above-captioned action is this coming Friday. Accordingly, Plaintiff intends to amend the First Amended Complaint to name Mr. Tom Alkema and the law firm of Haushalter, Kurkhill & Gaspar, LLP (formerly Neal, Haushalter, Ray & Kurkhill) as defendants.   There will be no new allegations against your clients.

We request that you advise by tomorrow at noon as to whether you will to stipulate to the above.  Thank you very much.

Best,

Deepa Krishnan
**KRONENBERGER BURGOYNE, LLP**
150 Post Street, Suite 520
San Francisco, CA 94108-4707
(415) 955-1155, x-119
(415) 955-1158  Fax
deepa@kronenbergerlaw.com
www.kronenbergerlaw.com

Exhibit B

**From:**             Deepa Krishnan
**Sent:**             Friday, May 30, 2008 2:41 PM
**To:**               'Stephen Dahm'
**Cc:**               Holmes, James J.S.; 'Rye Brumfiel, Amber'; 'Karl S. Kronenberger'
**Subject:**       RE: Second Image, Inc. v. Ronsin Photocopy, Inc. et al.: Request for Stipulation to Amend FAC
**Attachments:**   Second Image_ SAC (Draft 05.30.08).PDF

Thanks Steve – I am attaching a draft of the proposed Second Amended Complaint.  You'll see that the parties/jurisdiction sections have changed, but no other substantive changes were made, except that negligence is now asserted against the lawfirm as well.

Per the Court's CMO, we need to get a motion or stip out today.  So please get back to me by 3:45 p.m. so that we can prepare the appropriate filing.  Thanks.

Best,
Deepa

---

**From:** Stephen Dahm [mailto:StephenD@cwmlaw.com]
**Sent:** Friday, May 30, 2008 2:21 PM
**To:** Deepa Krishnan
**Cc:** Holmes, James J.S.
**Subject:** RE: Second Image, Inc. v. Ronsin Photocopy, Inc. et al.: Request for Stipulation to Amend FAC

Deepa, sorry I am late getting back to you, I have been in depositions.

Would you please send me a copy of the proposed amended complaint so that we can decide whether we will stipulate to you filing it.

Thank you.

---

**From:** Deepa Krishnan [mailto:deepa@kronenbergerlaw.com]
**Sent:** Wednesday, May 28, 2008 4:01 PM
**To:** Holmes, James J.S.; Rye Brumfiel, Amber; Stephen Dahm
**Cc:** Karl S. Kronenberger
**Subject:** Second Image, Inc. v. Ronsin Photocopy, Inc. et al.: Request for Stipulation to Amend FAC

Counsel,

Per the Court's CMO, the last day to amend the pleadings in the above-captioned action is this coming Friday. Accordingly, Plaintiff intends to amend the First Amended Complaint to name Mr. Tom Alkema and the law firm of Haushalter, Kurkhill & Gaspar, LLP (formerly Neal, Haushalter, Ray & Kurkhill) as defendants.   There will be no new allegations against your clients.

We request that you advise by tomorrow at noon as to whether you will to stipulate to the above.  Thank you very much.

Best,

Deepa Krishnan
**KRONENBERGER BURGOYNE, LLP**
150 Post Street, Suite 520
San Francisco, CA 94108-4707

(415) 955-1155, x-119
(415) 955-1158  Fax
deepa@kronenbergerlaw.com
www.kronenbergerlaw.com

Exhibit C

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Deepa Krishnan (Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:  (415) 955-1158
karl@kronenbergerlaw.com
hank@kronenbergerlaw.com
deepa@kronenbergerlaw.com

Attorneys for Plaintiff
SECOND IMAGE, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECOND IMAGE, INC**., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>**RONSIN PHOTOCOPY, Inc.,** a California Corporation; **CHRISTINA SANCHEZ**, an individual; **THOMAS DWAYNE ALKEMA**, an individual; **HAUSHALTER, KURKHILL & GASPAR, LLP**, a California Limited Liability Partnership; and **DOES 1-10**,<br><br>                    Defendants. | Case No. C-07-05242-PJH<br><br>**SECOND AMENDED COMPLAINT OF SECOND IMAGE, INC. FOR:**<br><br>**(1) VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT**<br>**(2) MISAPPROPRIATION OF TRADE SECRETS;**<br>**(3) FALSE ADVERTISING IN VIOLATION OF THE LANHAM ACT;**<br>**(4) INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS;**<br>**(5) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE;**<br>**(6) DEFAMATION;**<br>**(7) STATUTORY COMPUTER FRAUD;**<br>**(8) TRESPASS TO CHATTELS;**<br>**(9) NEGLIGENCE.**<br><br>**JURY TRIAL DEMANDED** |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1  Plaintiff SECOND IMAGE, INC. ("Plaintiff" or "Second Image"), brings this Second

2  Amended Complaint against Defendants RONSIN PHOTOCOPY, INC., a California

3  Corporation ("RONSIN"), CHRISTINA SANCHEZ ("Sanchez"), THOMAS DWAYNE

4  ALKEMA, an individual ("Alkema"), HAUSHALTER, KURKHILL & GASPAR, LLP formerly

5  known as Neal, Haushalter, Ray & Kurkhill, LLP (the "Firm"), and DOES 1-10

6  (collectively, "Defendants"), and alleges as follows:

7  **INTRODUCTION AND PARTIES**

8  1.    This is a civil action arising under the Computer Fraud and Abuse Act and

9  the Lanham Act, 18 U.S.C. §1030 and 15 U.S.C. §1125(a), respectively, and also arising

10  under California statutory and common law, as more fully described below.

11  2.    Plaintiff Second Image, is and at all times material hereto was, a

12  comprehensive provider of legal support services throughout the State of California and a

13  registered professional photocopier under California Business and Professions Code

14  §22450 *et seq*.  Plaintiff is a California corporation with its principal place of business in

15  Los Angeles County, California.

16  3.    Upon information and belief, Defendant Ronsin is a registered professional

17  photocopier under California Business and Professions Code §22450 *et seq*.  Defendant

18  Ronsin is, and at all times material hereto was, a California corporation, with its principal

19  place of business at Los Angeles County, California, with offices throughout the state of

20  California, including but not limited to San Francisco County.  Upon information and

21  belief, Defendant Ronsin's clients are located throughout the United States, and Ronsin

22  conducts business nationwide, relying on channels of interstate commerce in conducting

23  this business.

24  4.    Upon information and belief, Defendant Sanchez is, and at all times

25  material hereto was, an individual residing in Orange County, California.

26  5.    Upon information and belief, Defendant Alkema is, and at all times material

27  hereto was, an individual residing in Los Angeles County, California.

28  6.    Upon information and belief, the Firm is, and all times material hereto was,

2

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1  a limited liability partnership formed under the laws of the State of California.   Upon

2  information and belief, the Firm's partners are all residents of the State of California.

3       7.    This Second Amended Complaint shall be amended to substitute names of

4  individuals or business entities for "Does" in due course, upon the identification of

5  additional defendants through discovery.

6       8.    Whenever in this Second Amended Complaint reference is made to the

7  acts of Ronsin, Sanchez, Alkema, the Firm, or Does 1-10, that allegation shall refer

8  collectively to all Defendants who, as more fully alleged below, are, upon information and

9  belief, co-conspirators and/or are engaged in an express or implied principal/agent

10 relationship whereby individual defendants operated under actual or ostensible authority

11 to perform the acts so alleged,  and/or whereby individual defendants authorized, aided,

12 abetted, furnished the means to, advised, or encouraged the acts of the other individual

13 defendants.

14 **JURISDICTION AND VENUE**

15      9.    Original subject matter jurisdiction is conferred upon this Court by the

16 Computer Fraud and Abuse Act, 18 U.S.C. §1030, and section 43(a) of the Lanham Act,

17 15 U.S.C. §1125(a).  Supplemental jurisdiction over claims arising under the law of the

18 State of California is conferred upon this Court under 28 U.S.C. §1367.

19      10.    This Court has personal jurisdiction over Defendant Ronsin, as Defendant

20 Ronsin is a California Corporation, with its principal place of business within the State of

21 California, and its agent for service of process located within the State of California.

22      11.    This Court has personal jurisdiction over Defendant Sanchez, as Defendant

23 Sanchez is a resident of this State whose intentional and unlawful conduct, as alleged

24 more fully herein, was performed in California, and the deleterious effects of which were

25 felt most severely by Plaintiff, a California resident, in the State of California.

26      12.    This Court has personal jurisdiction over Defendant Alkema, as Defendant

27 Alkema is a resident of this State whose intentional and unlawful conduct, as alleged

28 more fully herein, was performed in California, and the deleterious effects of which were

SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.

1    felt most severely by Plaintiff, a California resident, in the State of California.

2        13.    This Court has personal jurisdiction over the Firm, as the Firm is a limited

3    liability partnership organized under the laws of California, with its principal place of

4    business in Santa Ana, California.

5        14.    Venue is proper in the Northern District of California pursuant to 28 U.S.C

6    §1391(b) because all Defendants reside in this State, and, upon information and belief, at

7    least one Defendant, Ronsin, resides in the Northern District of California.

8                            **INTRADISTRICT ASSIGNMENT**

9        15.    For the purposes of Local Rule 3-2(c), this action arises in San Francisco

10   County, where a substantial part of the events or omissions which give rise to the claims

11   alleged herein occurred, and in which a substantial part of the property that is the subject

12   of this action is located.

13                            **GENERAL ALLEGATIONS**

14       16.    With over twenty years of industry experience, Second Image is a

15   recognized leader in litigation support throughout the State of California.  Among other

16   qualifications and services, Second Image is a registered professional photocopier under

17   California Business and Professions Code §22450 *et seq*., and accordingly, prepares

18   and serves document subpoenas and, through a secure, proprietary, feature-rich online

19   service, duplicates and distributes medical records to authorized parties, such as

20   insurance companies, claims adjusters and law firms.

21       17.    Second Image handles highly confidential documents, including

22   subpoenaed medical records, which it makes available only to authorized parties.

23   Because many of Second Image's services are web-based, Second Image takes great

24   measures to ensure that all information and documents available on its website,

25   http://www.secondimage.com, are secure.

26       18.    For example, Second Image hosts both a public and private website.  The

27   public website provides general information about Second Image and its products and

28   services,    and    is    available    to    the    general    public    through    the    URL

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

4
**SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.**

1    http://www.secondimage.com.   To gain access to more sensitive information, including

2    client files, the user must enter Second Image's private website, which is only accessible

3    by entering a dedicated username and password.

4         19.    To obtain a username and password, a user must first request Second

5    Image's services, by filling out a form on the public website, or by phoning Second Image

6    and asking to contract with Plaintiff.   Second Image then investigates the user to

7    determine if the party is a bona fide potential customer to whom Second Image could and

8    would provide services.

9         20.    If the party is cleared as a bona fide potential customer, Second Image

10   provides the party with a dedicated username and password, which grants them access

11   to a secure, limited portion of the private website.  Specifically, that party gains access to

12   a portion of the private website created to host records associated with Second Image's

13   services for that particular client.   One client cannot gain access to another client's

14   portion of the private website, or any records hosted thereon.

15        21.    Second Image utilizes a secure server with a secure sockets layer (SSL)

16   containing 128 bit encryption.  This SSL encryption creates an encrypted link between

17   the Second Image website and a customer's web browser. This encrypted link ensures

18   that all data passed between the Second Image website and the customer's browser

19   remains private and secure.   Second Image also employs a Cisco Firewall, which

20   provides a multitude of advanced security services, to protect the security of hosted

21   records.  Second Image's network perimeter is scanned daily for vulnerabilities.

22        22.    On or about January 19, 2005, Second Image provided a demonstration of

23   its products and services to Defendant Christina Sanchez, a paralegal at the Firm.

24   Defendant Sanchez, on behalf of the Firm, signed up for Second Image's services, via its

25   webpage, that same day.  In response, Sanchez received two confirmation emails.  The

26   first email informed her that her request to open an online account had been received

27   and that for confidentiality and safety reasons the account would take one business day

28   to configure.  A second subsequent email provided her with a username and password.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

**SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.**

1   Both emails stated that the information contained therein is confidential.

2      23.    On or about May 31, 2007, Second Image discovered from another client

3   that Defendant Ronsin had improperly accessed Second Image's private website.  Once

4   logged thereon, Defendant Ronsin used a variety of methods to breach Second Image's

5   security and to access restricted and private data, including highly confidential medical

6   records containing social security numbers and private medical data of patients.

7   Defendant Ronsin used this unlawful access to represent to current customers of Second

8   Image and, on information and belief, prospective customers of Second Image, that

9   Second Image's records were not secure, and to claim that Ronsin, in contrast,

10  purportedly provided greater security.    Defendant Ronsin used the username and

11  password provided to Sanchez in order to access Second Image's private website.

## DEFENDANTS' CONSPIRACY AND WRONGFUL ACTS

13     24.    Upon information and belief, Defendants entered into an agreement to

14  unlawfully gain access to Second Image's private website, so as to gain access to

15  Second Image's trade secrets, to pilfer Second Image's clients, and to obtain an unfair

16  business advantage over Second Image.

17     25.    Upon information and belief, in furtherance of their conspiracy, Defendants

18  portrayed Sanchez and/or the Firm as a bona fide consumer of Second Image's services

19  so as to gain access to Second Image's private website through the use of the username

20  and password provided to Sanchez.

21     26.    Upon information and belief, in furtherance of the conspiracy, Defendants

22  then hacked into other clients' accounts in other portions of the private website so as to

23  unlawfully access over 100 patient records on 8 different occasions from January 31,

24  2005 through April 24, 2007.  At least 70 client accounts hosted on Second Image's

25  private website were thus unlawfully accessed by Defendants.

26     27.    In addition to hacking into confidential files, Defendants have, in sales

27  demonstrations to existing and, upon information and belief, prospective Second Image

28  customers, made false representations about the security of records hosted on Second

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

6

**SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.**

1  Image's private website, so as to gain an unfair business advantage.

2      28.    Moreover, in addition to hacking into confidential files, upon information and

3  belief Defendants hacked into, and gained unlawful access to, Second Image's non-

4  public and propietary information, including without limitation: source code, technical

5  requirements, concepts and strategies, web layout, presentation, and synthezation

6  techniques, pricing strategy, financing methods and costs, investory and sourcing

7  strategy, customer data, including historical transactional data, and customer lists.

8  Defendants' conspiratal and wrongful acts have damaged Second Image.

9

10            **FIRST CAUSE OF ACTION**

11  ***Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030***

12            **(As to All Defendants)**

13      29.    Second Image repeats, realleges, and incorporates each and every

14  allegation set forth in paragraphs 1 through 28 of this First Amended Complaint.

15      30.    Second Image's public website is accessible throughout the world.  Its web

16  server is used in interstate commerce and/or interstate communication and constitutes a

17  protected computer under 18 U.S.C. §1030.

18      31.    Defendants have intentionally accessed Second Image's protected

19  computer without authorization, or in excess of the scope of authorized access, and by

20  doing so and through interstate communication, have improperly obtained information.

21      32.    Defendants have knowingly, and with the intent to defraud, accessed

22  Second Image's protected computer without authorization, or in excess of authorized

23  access, and by means of such conduct have furthered their intended fraud and obtained

24  proprietary business information of Second Image.

25      33.    Defendants have intentionally accessed Second Image's protected

26  computer without authorization and by doing so have caused a loss to Second Image

27  aggregating at least $5,000 in value.

28      34.    As a direct and proximate result of the actions, conduct, and practices of

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

**SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1   Defendants' alleged above, Second Image has suffered, and will continue to suffer,

2   damages and irreparable harm.

3

4                           **SECOND CAUSE OF ACTION**

5                    ***Willful Misappropriation of Trade Secrets***

6                            **(As to All Defendants)**

7           35.    Second Image repeats, realleges, and incorporates each and every

8   allegation set forth in paragraphs 1 through 34 of this First Amended Complaint.

9           36.    Second Image possesses trade secrets, including but not limited to source

10  code, technical requirements, concepts and strategies, web layout, presentation, and

11  synthezation techniques, pricing strategy, financing methods and costs, investory and

12  sourcing strategy, customer data, including historical transactional data, and customer

13  lists (the "Trade Secrets").  Second Image derives independent economic value, actual

14  and potential, on account of the Trade Secrets not being generally known to the public or

15  to other persons who could obtain economic value from using the Trade Secrets.

16  Second Image also makes efforts, which are reasonable under the circumstances, to

17  protect the secrecy of its Trade Secrets.

18          37.    Defendants' acts, as alleged above and otherwise, constitute a willful

19  misappropriation of trade secrets in violation of California Civil Code section 3426 *et seq*.,

20  in that Defendants acquired the Trade Secrets knowing or having reason to know that the

21  Trade Secrets were acquired by improper means.

22          38.    Defendants' acts as alleged above and otherwise, constitute a willful

23  misappropriation of trade secrets in violation of California Civil Code section 3426 *et seq*.,

24  in that Defendants disclosed and/or used the Trade Secrets without express or implied

25  consent, and used improper means to acquire knowledge of the Trade Secrets.

26          39.    Defendants' acts as alleged above and otherwise, constitute a willful

27  misappropriation of trade secrets in violation of California Civil Code section 3426 *et seq*.,

28  in that Defendants disclosed and/or used the Trade Secrets without express or implied

**SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.**

1    consent, and at the time of their disclosure or use, knew or had reason to know that their

2    knowledge of the Trade Secrets was: (a)  Derived from or through a person who had

3    utilized improper means to acquire the Trade Secrets; (b)  Acquired under circumstances

4    giving rise to a duty to maintain the secrecy of the Trade Secrets or to limit the Trade

5    Secrets' use; or (c)  Derived from or through a person who owed a duty to Second Image

6    to maintain the secrecy of the Trade Secrets or to limit the Trade Secrets' use.

7        40.    As a direct result of the foregoing, Second Image has suffered, and will

8    continue to suffer, damages and irreparable harm, including but not limited to damage to

9    its reputation.   Moreover, as a direct result of the foregoing, Defendants have been

10    unjustly enriched.

11        41.    Defendants have used and continue to use the Trade Secrets as alleged

12    herein, and unless restrained and enjoined, will continue to do so, all to Second Image's

13    irreparable damage.  It would be difficult to ascertain the amount of compensation which

14    could afford Second Image adequate relief for such continuing acts, and a multiplicity of

15    judicial proceedings would be required.  As such, Second Image's remedy at law is not

16    adequate to compensate it for the injuries threatened and incurred.

17        42.    Defendants have engaged in conduct of an oppressive, fraudulent, and

18    malicious nature, thereby entitling Second Image to an award of exemplary damages and

19    attorneys' fees and costs.

20

21                    **THIRD CAUSE OF ACTION**

22    *Federal Unfair Competition Comprising False and Misleading Statements of Fact*

23          *Under Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a)*

24                    **(As to All Defendants)**

25        43.    Second Image repeats, realleges, and incorporates each and every

26    allegation set forth in paragraphs 1 through 42 of this First Amended Complaint.

27        44.    By engaging in the above-described activities, Defendants have made, or

28    knowingly conspired and agreed to be made, false and misleading representations of fact

*KRONENBERGER BURGOYNE, LLP*
*150 Post Street, Suite 520*
*San Francisco, CA 94108*
*www.KronenbergerLaw.com*

9                    **SECOND AMENDED COMPLAINT OF**
                    **SECOND IMAGE, INC.**

1  in commercial promotions or advertising which misrepresent the nature, characteristics,

2  qualities, or geographic origin of Defendants' and Plaintiff's goods, services, or

3  commercial activities, all in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C.

4  § 1125(a)(1)(B).

5      45.    Defendant Ronsin conducts business nationwide, and upon information and

6  belief, services clients throughout the United States, utilizing channels of interstate

7  commerce to communicate with such clients and carry out its business.    Upon

8  information and belief, Defendants engaged in the above-described misconduct in

9  connection with their actual and potential nationwide client base. Upon information and

10  belief, Defendants, in perpetrating this misconduct, falsely advertised their goods and

11  services in interstate commerce, in order to keep existing clients and to obtain new

12  clients, both in California and nationwide.   Furthermore, Defendants caused their falsely

13  advertised goods and services to enter interstate commerce.

14      46.    As a direct and proximate result of the actions, conduct, and practices of

15  Defendants alleged above, Second Image has suffered, and will continue to suffer,

16  damages and irreparable harm.

17      47.    Plaintiff has no adequate remedy at law.

18

19               **FOURTH CAUSE OF ACTION**

20        ***Intentional Interference with Contractual Relations***

21                **(As to All Defendants)**

22      48.    Second Image repeats, realleges, and incorporates each and every

23  allegation set forth in paragraphs 1 through 47 of this First Amended Complaint.

24      49.    The aforesaid acts of Defendants constitute common tortious interference

25  with Second Image's existing contractual relations with existing customers, in that

26  Defendants were aware that Second Image had contractual relations with numerous third

27  parties, including, without limitation, Kaiser Permanente and Interinsurance Exchange of

28  the Automobile Club, and Defendants purposefully and intentionally acted to interfere

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

10    **SECOND AMENDED COMPLAINT OF**
      **SECOND IMAGE, INC.**

1  with or induce others to interfere with the performance or existence of these contractual

2  relations or to induce others to do so, or knowingly conspired and agreed to a common

3  plan pursuant to such end, to the detriment of Second Image.

4        50.    As a direct and proximate result of the actions, conduct, and practices of

5  Defendants' alleged above, Second Image's contractual relations with third parties,

6  including, without limitation, Kaiser Permanente and Interinsurance Exchange of the

7  Automobile Club, were disrupted.

8        51.    As a direct and proximate result of the actions, conduct, and practices of

9  Defendants' alleged above, Second Image has suffered, and will continue to suffer,

10  damages and irreparable harm.

11        52.    Plaintiff has no adequate remedy at law.

12

13                 **FIFTH CAUSE OF ACTION**

14      ***Intentional Interference with Prospective Economic Advantage***

15                 **(As to All Defendants)**

16        53.    Second Image repeats, realleges, and incorporates each and every

17  allegation set forth in paragraphs 1 through 52 of this First Amended Complaint.

18        54.    The aforesaid acts of Defendants constitute common tortious interference

19  with Second Image's prospective economic advantage with existing and prospective

20  customers, in that Defendants were aware that Second Image was engaged in a valid

21  and existing business  relationship with numerous third parties, including, without

22  limitation, Kaiser Permanente and Interinsurance Exchange of the Automobile Club, and

23  acted purposefully and intentionally to prevent the coming to fruition of potential

24  economic advantages Defendants knew to exist, or knowingly conspired and agreed to a

25  common plan pursuant to such end, with the intent of harming Second Image.

26        55.    As a direct and proximate result of the actions, conduct, and practices of

27  Defendants' alleged above, Second Image's valid and existing business relationships

28  with third parties, including, without limitation, Kaiser Permanente and Interinsurance

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

11

**SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

1  Exchange of the Automobile Club, were disrupted.

2      56.    As a direct and proximate result of the actions, conduct, and practices of

3  Defendants' alleged above, Second Image has suffered, and will continue to suffer,

4  damages and irreparable harm.

5      57.    Plaintiff has no adequate remedy at law.

## SIXTH CAUSE OF ACTION

### *Defamation*

### (As to All Defendants)

10     58.    Second Image repeats, realleges, and incorporates each and every

11  allegation set forth in paragraphs 1 through 57 of this First Amended Complaint.

12     59.    Defendants have made, or knowingly conspired and agree to be made,

13  false statements to prospective and existing customers regarding the confidentiality and

14  security of information and documents hosted by Second Image.

15     60.    Defendants' statements constitute defamation *per se*, in that they defame

16  Plaintiff in its trade.

17     61.    Defendants have further made, or knowingly conspired and agreed to be

18  made, false statements regarding Defendants themselves, in relation to Second Image,

19  falsely asserting non-existent qualities or attributes in comparison or contrast to Second

20  Image, designed to falsely credit Defendants for qualities they did not or do not possess.

21     62.    Defendants knew or should have known that the statements published were

22  false.

23     63.    Defendants published these statements to various third parties without

24  privilege.

25     64.    As a proximate result of the foregoing acts, these Defendants have caused

26  actual harm and are liable to Second Image for damages in an amount to proven at trial.

27     65.    Defendants have engaged in conduct of a malicious, oppressive, or

28  fraudulent nature, thereby entitling Second Image to an award of punitive damages.

**SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.**

66.    As a direct and proximate result of the actions, conduct, and practices of Defendants' alleged above, Second Image has suffered, and will continue to suffer, damages and irreparable harm.

67.    Second Image has no adequate remedy at law.

## SEVENTH CAUSE OF ACTION

### *Computer Fraud Under the Comprehensive Computer Data and Access Act,*

### *California Penal Code Section 502(c)*

### (As to All Defendants)

68.    Second Image repeats, realleges, and incorporates each and every allegation set forth in paragraphs 1 through 67 of this First Amended Complaint.

69.    Defendants knowingly accessed and without permission used the computer, computer systems, or computer networks of Second Image with the intent of executing a scheme or artifice to defraud, deceive, or extort, or to wrongfully control or obtain money, property or data of Second Image.

70.    Defendants knowingly accessed and without permission took or copied or made use of the data from Second Image's computer, computer systems, or computer networks.

71.    Defendants knowingly and without permission accessed, caused to be accessed, or provided or assisted in providing a means of accessing, Second Image's computer, computer system, or computer network in violation of California Penal Code §502(c).

72.    As a direct and proximate result of the actions, conduct, and practices of Defendants' alleged above, Second Image has suffered, and will continue to suffer, damages and irreparable harm.

73.    Second Image has no adequate remedy at law.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

13

**SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

**EIGHTH CAUSE OF ACTION**

***Trespass to Chattels***

**(As to All Defendants)**

74.    Second Image repeats, realleges, and incorporates each and every allegation set forth in paragraphs 1 through 73 of this First Amended Complaint.

75.    Defendants intentionally and without authorization, or by exceeding the scope of authorization, interfered with Second Image's possession or possessory interest in its computer system.

76.    As a direct and proximate result of the actions, conduct, and practices of Defendants' alleged above, Second Image has suffered, and will continue to suffer, damages and irreparable harm.

77.    Second Image has no adequate remedy at law.

**NINTH CAUSE OF ACTION**

***Negligence***

**(As to Sanchez and the Firm)**

78.    Second Image repeats, realleges, and incorporates each and every allegation set forth in paragraphs 1 through 77 of this First Amended Complaint.

79.    Defendant Sanchez, as an employee of a Second Image customer, and the Firm, as Second Image's customer, had an ongoing duty to Second Image to maintain as confidential the username and password provided by Second Image.

80.    In breach of that duty, Sanchez and/or the Firm exceeded the scope of their authorized access of Second Image's private website, and/or provided their username and password to the remaining Defendants, so as to facilitate their unauthorized access of Second Image's private website.

81.    As a direct and proximate result of the actions, conduct, and practices of Sanchez and/or the Firm alleged above, Second Image has suffered, and will continue to suffer, damages and irreparable harm.

14

**SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.**

1    82.    Second Image has no adequate remedy at law.

2

3                                    **PRAYER**

4        WHEREFORE, Second Image prays that this Court enter judgment in its favor on

5    each and every claim set forth above, and further prays an award to Plaintiff of:

6        1. A preliminary and permanent injunction enjoining Defendants and their agents,

7           employees, representatives, and successors and predecessors in interest

8           from:

9              a. Accessing restricted and private data hosted on Plaintiff's website; and

10             b. Making false and defamatory statements about Plaintiff regarding the

11                security of records hosted on Plaintiff's website;

12       2. An award of compensatory and/or statutory damages in an amount to be

13          determined at trial;

14       3. Punitive and exemplary damages in an amount to be determined at trial, to

15          serve as punishment and deterrent in light of Defendants' substantial wrongful

16          acts;

17       4. A public retraction by Defendant Ronsin relating to all false and defamatory

18          statements made about Plaintiff Second Image;

19       5. Plaintiff's costs and attorneys' fees in this action;

20       6. Pre-judgment and post-judgment interest; and

21       7. Such other further relief to which Plaintiff may be entitled as a matter of law or

22          equity, or which the Court determines to be just and proper.

23   DATED:  May 30, 2008                    KRONENBERGER BURGOYNE, LLP

24                                           By: _____/s/_____
                                                 Deepa Krishnan
25                                               Attorneys for Plaintiff
                                                 Second Image, Inc.
26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

**SECOND AMENDED COMPLAINT OF
SECOND IMAGE, INC.**

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.


DATED:  May 30, 2008                    KRONENBERGER BURGOYNE, LLP

                                        By: _____/s/_____
                                             Deepa Krishnan
                                             Attorneys for Plaintiff
                                             Second Image, Inc.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

16          SECOND AMENDED COMPLAINT OF
            SECOND IMAGE, INC.