# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Second Image Inc., | No. C 07-05242 PJH MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Ronsin Photocopy Inc., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _June 6, 2008_

2. Did the case settle?  ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _6/10/08_

_____
**Mediator, Nathan Lane**
Squire Sanders & Dempsey
One Maritime Plaza, Suite 300
San Francisco, CA 94111

**Certification of ADR Session**
07-05242 PJH MED