**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (Bar No. 203748)
Deepa Krishnan (Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kronenbergerlaw.com
hank@kronenbergerlaw.com
deepa@kronenbergerlaw.com

Attorneys for Plaintiff
SECOND IMAGE, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECOND IMAGE, INC.**, a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>**RONSIN PHOTOCOPY, INC.,** a California Corporation; **CHRISTINA SANCHEZ**, an individual; and **DOES 1-10**,<br><br>            Defendants.<br><br>**AND RELATED CROSS-CLAIM.** | Case No. C-07-05242-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>[Pursuant to FRCP 41(a)(1) and FRCP 41(c)] |

WHEREAS Plaintiff Second Image, Inc. ("Second Image") filed a Complaint, later amended, in this action against Defendants Ronsin Photocopy, Inc. ("Ronsin") and Christina Sanchez ("Sanchez") (along with Second Image, collectively, the "Parties");

WHEREAS Sanchez asserted a Cross-Claim against Ronsin;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, by and through their counsel of record, that this entire action, including but not limited to the operative Complaint, Cross-Claim, and all defenses asserted, be dismissed, with prejudice, pursuant to FRCP 41(a)(1) and FRCP 41(c). All Parties will bear their own costs, expenses, and attorneys' fees.

Dated: July 24, 2008

KRONENBERGER BURGOYNE, LLP

By: /s/
    Deepa Krishnan

Attorneys for Plaintiff Second Image, Inc.

Dated: July 24, 2008

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: /s/
    Amber Rye Brumfiel

Attorneys for Defendant and Cross-Defendant Ronsin Photocopy, Inc.

Dated: July 24, 2008

CESARI, WERNER AND MORIARTY

By: /s/
    Stephen L. Dahm

Attorneys for Defendant and Cross-Plaintiff Christina Sanchez

**IT IS SO ORDERED:**

Dated: 7/28/08



HONORABLE PHYLLIS J. HAMILTON
Judge, United States District Court for the Northern District of California

Case No. C-07-05242-PJH     1     STIPULATION OF DISMISSAL WITH PREJUDICE

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Deepa Krishnan, hereby attest that concurrence in the filing of this stipulation and proposed order has been obtained from Counsels for Ronsin and Sanchez whom have provided the conformed signature above.

KRONENBERGER BURGOYNE, LLP

By: _____/s/_____
Deepa Krishnan

Attorneys for Plaintiff Second Image, Inc.